**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

**NASHVILLE DIVISION**

| | |
|---|---|
| **Timothy Charles Holmseth**<br>**Plaintiff,**<br><br>**vs.**<br><br>**Levi Henry Page**<br>**Alexandria Goddard**<br>**Defendants,** | **Case No: 3:22-cv-00912**<br><br>**SPECIAL REQUEST FOR SERVICE**<br>**BY U.S. MARSHALS** |

Plaintiff requests an order from the Court directing U.S. Marshals to serve the Summons and Complaint in this case.

The reasons Plaintiff is making this request is based upon (1) conflict of interest, and (2) safety of process servers.

### ALEXANDRIA GODDARD IS HOMICIDAL AND CAPABLE OF FIRST DEGREE MURDER

1. Defendant Alexandria Goddard exhibits homicidal behavior and a thought process that indicates Goddard's capability to commit premeditated murder.

2. Goddard diabolically attempted to lure a woman (Randi Lynn Erickson) to her home and property under the guise of a journalistic interview. Goddard repeatedly tried to convince Erickson to come to her property for a journalistic "interview". SEE ATTACHED EXHIBITS

3. When Erickson made it clear she was not coming to Goddard's property, Goddard then made at least 17 references to shooting Erickson if she (Erickson) ever comes to her property. SEE ATTACHED EXHIBITS

4. Goddard stated during an interview on From The Desk of Murtwitnessonelive with news reporter William K. Murtaugh, Apopka, Florida, that at the time she was inviting Erickson to her home, she had a firearm on the table that was loaded with **"cop killers"**. That video can be viewed online in a video entitled "I HAD A 9MM ON MY TABLE, LOADED, WITH COP KILLERS" OHIO RAPIST ACCIDENTLY CONFESSES TO MURDER PLOT
www.bitchute.com/video/TyvGRGUXnDPq/

5. Goddard has publicly boasted that she conspired with police in Ohio to kidnap, handcuff to a bed, and sexually torture a man with "hot sauce" before releasing him "crying" and naked into the Ohio winter. Evidence shows Goddard has committed horrific acts of violence and would not hesitate to do it again.

6. Goddard has joined Levi Page online and giggled about torturing little children in her basement to raise their adrenochrome levels. Nobody in their right mind would admit to engaging in such behavior and then laugh about it during a published program.

7. The following are a few examples from Goddard's text messages to Erickson.

- "I'll send you home in a body bag"
- "head shot"
- "I will take the top of your head off"
- "I will shoot you"
- "I will blow you into the ozone"
- "I will blow your head off"
- "blow your brains out"
- "blow your fucking brains out"

8. Goddard also threatened Erickson's life when Erickson said she planned to travel to the "courthouse" in Belmont County, Ohio. "I have a surprise for you when you get there," Goddard said. Goddard's threat demonstrates she feels safe engaging in her behavior at a courthouse where there is law enforcement.

## CONFLICT OF INTEREST

9. This is a civil racketeering action and includes extensive details and information regarding law enforcement and police.

10. The Complaint details racketeering activities of law enforcement in Belmont County, Ohio where Goddard resides. Because of the fact that law enforcement is involved in the details set forth in the Complaint, it would be a conflict of interest to utilize local law enforcement in Belmont County to serve documents.

11. The Complaint does not include any negative information regarding the U.S. Marshals.

## LEVI PAGE HAS MADE DEATH THREATS

12. Defendant Page has made very serious threats against Randi Erickson. Page's threats go beyond rhetorical hyperbole.

13. "Slut Randi is going to get shot if she keeps stalking people and trespassing. Especially when she is in the DIRTY SOUTH," Page said. SEE ATTACHED EXHIBIT

14. As recent as Saturday November 12, 2022, Page was online in the chat room of From The Desk of Murtwitnessonelive making repeated threats regarding Randi Erickson coming onto his property.

15. Page made the following statements on November 12, 2022: SEE ATTACHED EXHIBIT

- "My German Shepherds will rip Randi to shreds if she ever steps onto the property".
- "Murt, it isn't a threat. It is a PROMISE. My German Shepherds will rip that psycho slut to shreds if she trespasses. They don't tolerate stalkers".
- "It's a PROMISE. My German Shepherds will rip SLUT Randi Erickson to shreds if she trespasses".
- That SLUT will regret it.

16. Pages threats appear to be the product of someone with abnormal psychology because he is a grown man who resides in Tennessee, while, Randi Erickson lives several States away in Minnesota. Erickson is a sixty-two year-old grandmother, former elected official and Truth and Taxation judge, who holds multiple licenses, with no criminal history, who passes regular FBI background checks. Pages mental imagery is extremely violent. Page also appears to speak and live vicariously through his German Shepherd dogs. An argument could easily be made that Page is using his dogs to describe what he, himself, wants to do to someone.

17. Enclosed is a screenshot from a Telegram account someone set up using my name. An anonymous person posted a photo of a man having his throat slit.

I am requesting the Court issue an Order directing U.S. Marshals to serve the documents in this case.

Plaintiff agrees to pay the fees.

Very respectfully submitted,

Timothy Charles Holmseth

# Death of Timothy Charles Holmseth?

5 subscribers

### Death of Timothy Charles Holmseth?



🔘 18  6:54 PM

### Death of Timothy Charles Holmseth?
Timmy headless?

◉ 17  6:54 PM

# Live chat

Top chat ▾ 18 ✂ ⇅ ✕

...all is going well for you all! It's great that you stopped in tonight! Miss seeing ya here!

firemanjohn628
#ShotOnSight

Levi Page ✂ Slut Randi is going to get shot if she keeps stalking people and trespassing. Especially when she is in the DIRTY SOUTH.

https://m.youtube.com/watch?v=...

MURTWITNESSONE

PRESS ACCESS

WM

SATURDAY MURTATHON

FROM THE DESK OF MURTWITNESSO...

Subscribe

Some Twitter users are fleeing to rival Mastodon in the wake of Elon Musk's acquisition.



↑, 5   ⏸   ⇧ Share   ⇥ Save   ...

Hide chat

Top chat ∨

voice back.. We want to have Kim on the show too!!

My German Shepherds will rip Randi to shreds if she ever steps onto the property.

Murt, It isn't a threat. It is a PROMISE. My German Shepherds will rip that psycho slut to shreds if she trespasses. They don't tolerate stalkers.

Stand your ground. You would think they would be aware of that ,,is

Blades of Paula C  @Lev the fact that Randi showed up at you aunts house right before she threatened to show up at Alexandria's house shows how unstable she is

Its a PROMISE. My German Shepherds will rip SLUT Randi Erickson to shreds if she trespasses.

That SLUT will regret it.

Yeah. Showing up at ppl's homes is crazy.

Say something...



🗑 ⬇ 📶    ✦ Ⓝ ⛛ 📶 94% 🔋 4:46 PM

←  +1 760-779-2539 @ 📞 ⋮

+7

## +1 760-779-2539
(760) 779-2539

Sat, Aug 13

> Stop harassing the publisher
> 1:57 pm 🔓 ⊘

**Where are you?** 1:58 pm 🔓

⌄

Lawful notice of cease and

Case 3:22-cv-00912   Document 5   Filed 11/17/22   Page 7 of 52   PageID #: 195

😊  Unsecured SMS  📷  🎤  ➕

 
← +7 +1 760-779-2539  📞 ⋮

> Lawful notice of cease and
> desist...final notice     1:58 pm 🔓 ⊘

LOL I told you first. Stick it up your
ass. You threatened me.     1:59 pm 🔓

You're not a publisher. You're a
mentally ill woman who needs to be
hospitalized.     2:00 pm 🔓

> Lol.. 2:00 pm 🔓 ⊘

> My turn 2:00 pm 🔓 ⊘

Bring it. Thought you were going to be
here already.     2:10 pm 🔓

I'm flying to MN this week.     ⌄

← +7 +1 760-779-2539 @ 📞 ⋮

2:00 pm

I'm flying to MN this week. 2:01 pm

Good 2:01 pm 🔓 ⊘

Ill be there 2:01 pm 🔓 ⊘

where you at, mama?

Scared 2:01 pm 🔓 ⊘

Thought you were coming to see me.

Not you 2:01 pm 🔓 ⊘

meeeeeeeeeeeeeeeeeeeeeeeeeeeeee
eeeeeeow

∨

2:01 pm



eeeeeeow 2:01 pm 🔓

you are? 2:01 pm 🔓

I'm sitting here waiting on you
2:02 pm 🔓

pull up 2:02 pm 🔓

Lol 2:02 pm 🔓 ⊘

you said you were coming and the
only one not here is YOU. 2:02 pm 🔓

Not planning on seeing you
2:02 pm 🔓 ⊘

Neighbors want to talk 2:02 pm 🔓 ⊘

Ask levi 2:03 pm 🔓

Ask levi 2:03 pm 🔓 ⊘

You don't even know where I'm at
LMFAO 2:03 pm 🔓

peekaboo coont 2:03 pm 🔓

Lmao 2:03 pm 🔓 ⊘

Scared 2:03 pm 🔓 ⊘

you can do better than that, Randall.
LMAO? Come on, granny.
communicate with me. You are the
publisher after all. 2:03 pm 🔓

You are or you would have rolled up

2:04 pm 🔓


You are or you would have rolled up
2:04 pm 🔓

pussy 2:04 pm 🔓

They did not know youyour
background                    2:04 pm 🔓 ⊘

They will 2:04 pm 🔓 ⊘

no? did you get lost? 2:04 pm 🔓

I'm outside waiting. 2:04 pm 🔓

Nope 2:04 pm 🔓 ⊘

come on, chicken shit. 2:05 pm 🔓



come on, chicken shit. 2:05 pm 🔓

Not lost 2:05 pm 🔓 ⊘

face me. 2:05 pm 🔓

Ish 2:05 pm 🔓 ⊘

woman to ...uhhh whatever the fuck
you are. Randall. 2:05 pm 🔓

Lol 2:05 pm 🔓 ⊘

Repent, Jezebel. 2:05 pm 🔓

Dublin?


Dublin? 2:05 pm

Columbus?? 2:05 pm

Be a proud one 2:05 pm

Moundsville? 2:05 pm

More than one stop 2:06 pm

You are the one who left her family for a kid diddler. 2:06 pm

good job, Randall. 2:06 pm

Did you touch your grand kids and that's why you can't be around them?
2:06 pm


that's why you can't be around them?

2:06 pm 🔓

Lol 2:06 pm 🔓 ⊘

Oh, you have no clue. You're lost, huh hon?

2:06 pm 🔓

You have zero 2:06 pm 🔓 ⊘

You suck as a detective. 2:06 pm 🔓

smoooches 2:06 pm 🔓

that's right. 2:06 pm 🔓

Big reason Jesus did not bless

2:06 pm 🔓 ⌄



+7  +1 760-779-2539 @

Big reason Jesus did not bless u
2:06 pm

doesn't make me any less of a woman. Look at yourself, you ugly ginger pig.
2:07 pm

Jesus doesn't exist you cow 2:07 pm

Fat cow was posted today about you
2:07 pm

Santanist 2:07 pm

Freedom FROM religion, you antichrist cunt
2:07 pm

come over here, Randall. 2:07 pm


come over here, Randall. 2:07 pm

Lol 2:07 pm

santana rocks 2:07 pm

You love you 2:08 pm

want me to meet you? 2:08 pm

No children 2:08 pm

come on - let's meet hun 2:08 pm

unless you're chicken shit 2:08 pm

say this to my face. 2:08 pm


say this to my face. 2:08 pm 🔓

Never 2:08 pm 🔓 ⊘

why not, pussy 2:08 pm 🔓

I like publications 2:08 pm 🔓 ⊘

bock bock 2:08 pm 🔓

you are terrified of me 2:08 pm 🔓

Never 2:08 pm 🔓 ⊘

so do I and my network is far greater
than yours. 2:08 pm 🔓

Case 3:22-cv-00912  Document 5  Filed 11/17/22  Page 18 of 52 PageID #: 206


so do I and my network is far greater than yours.                    2:08 pm

pussy 2:09 pm

**Your day is coming bitch** 2:09 pm ⊘

you're weak 2:09 pm

**Never** 2:09 pm ⊘

a weak, fat old housewife. 2:09 pm

*bring it cunt* 2:09 pm

Your scared 2:09 pm 

Your scared 2:09 pm 🔓 ⊘

you won't meet me - so who is
scared? 2:09 pm 🔓

Sure federal judge loves my case
2:09 pm 🔓 ⊘

and it's YOU'RE, You illiterate cunt.
2:09 pm 🔓

Your in it 2:09 pm 🔓 ⊘

LMAO 2:09 pm 🔓

YOUR hhahahahahahhaha 2:09 pm 🔓

Lmao 2:09 pm 🔓 ⊘

Lmao 2:09 pm 🔓 ⊘

**9th grade education** 2:09 pm 🔓

Lol 2:09 pm 🔓 ⊘

the judge tossed your case, you crazy bitch
2:10 pm 🔓

Cunt 2:10 pm 🔓 ⊘

it's DISMISSED 2:10 pm 🔓

Lol 2:10 pm 🔓 ⊘

i'm calling your daughter in a few ⌄

😊 | Unsecured SMS  📷  🎤  ➕





Lmao 2:09 pm

9th grade education 2:09 pm

Lol 2:09 pm

the judge tossed your case, you crazy
bitch
2:10 pm

Cunt 2:10 pm

it's DISMISSED 2:10 pm

Lol 2:10 pm

i'm calling your daughter in a few ⌄

 |Unsecured SMS   



I'm calling your daughter in a few
2:10 pm

Read it 2:10 pm

I served you a cease and desist
2:10 pm

I helped prepare it, you dumb pig LOL
2:10 pm

you didn't 2:10 pm

Good..I know 2:10 pm

and I tell you to shove it up your
gaping ass
2:10 pm



Lol 2:10 pm



Unsecured SMS





+1 760-779-2539 

Lol 2:10 pm

Scared 2:11 pm

How'd you like all those restraining orders? Scared one is you - you won't meet me 2:11 pm

I'm seeing your neighbor in 2 hours 2:11 pm

I offered and you said never. 2:11 pm

Lol 2:11 pm

really? LMAO 2:11 pm

Good..they want to talk 2:11 pm

 
**Good..they want to talk** 2:11 pm

what street? Monroe? you're 20 years
behind the times stinky vaj 2:11 pm

**How's the pig** 2:11 pm

make sure you look for the posters of
your face with PEDOPHILE on them all
over town.



2:12 pm

you like that? 2:12 pm



+7 **+1 760-779-2539** 

you like that? 2:12 pm

> Federal judge will 2:12 pm

> Threatening me??
> Send failed

I'm the baby elephant - you're the whole ass elephant. 2:13 pm

no, You have no lawsuit. It got dismissed. 2:13 pm

IMO YOU are a pedophile. 2:13 pm

you said you'd be here in two hours. 2:13 pm

last night 2:13 pm

come to my neighborhood and find

☺ **Unsecured SMS**

  
come to my neighborhood and find out.   2:13 pm

Read it again   2:13 pm

:)   2:13 pm

chicken shit   2:13 pm

Nope they are meeting me
2:13 pm

YOU ARE A WEAK COWARD   2:13 pm

and a cunt   2:13 pm

sure they are.   2:13 pm

you have no clue where I live. LOL
2:14 pm

 Unsecured SMS     

 
you have no clue where I live. LOL
2:14 pm

**lll publish the interview** 2:14 pm ✓

bahahahahahah

go for it.

**I'm giving them your posts**
2:14 pm ✓

make sure you identify yourself

what? That I don't believe in mole kids



Always 2:14 pm ✓

Always 2:14 pm

and you are a psychotic grandma who needs meds. 2:14 pm

where am I, granny? I'm the queen of hide and seek. 2:15 pm

boo! 2:15 pm

They need to know 2:15 pm

Protect their children 2:15 pm

that you may be a pedo? 2:15 pm

Lol 2:15 pm

  
Always 2:14 pm

and you are a psychotic grandma who needs meds.
2:14 pm

where am I, granny? I'm the queen of hide and seek.
2:15 pm

boo! 2:15 pm

They need to know 2:15 pm

Protect their children 2:15 pm

that you may be a pedo? 2:15 pm

Lol 2:15 pm

Lol 2:15 pm

and armed and dangerous? 2:15 pm

Lol 2:15 pm

and you fantasize and publish child porn fantasy? 2:15 pm

With a pen 2:15 pm

does tim make you dress like a 5 year old? 2:15 pm

My arm 2:16 pm

you have no pen, you can barely form

Lol 2:15 pm

and armed and dangerous? 2:15 pm

Lol 2:15 pm

and you fantasize and publish child porn fantasy? 2:15 pm

With a pen 2:15 pm

does tim make you dress like a 5 year old? 2:15 pm

My arm 2:16 pm

you have no pen, you can barely form


My arm 2:16 pm

you have no pen, you can barely form a sentence typing. LMAO 2:16 pm

Scared 2:16 pm

uneducated farm girl fuck 2:16 pm

Lol 2:16 pm

you won't come to me. I'll meet you

come on, pussy

Why do want to meet me 2:16 pm


Why do want to meet me 2:16 pm 🔓 ⊘

you are scared. 2:16 pm 🔓

Nope 2:16 pm 🔓 ⊘

you want to be a journalist and publisher - interview me. Pussy
2:17 pm 🔓

You scared 2:17 pm 🔓 ⊘

Don't need you 2:17 pm 🔓 ⊘

no, actually I'm not or I wouldn't be inviting you to meet. 2:17 pm 🔓

⌄

I got enough there

 |Unsecured SMS   

 
You emailed me 9:54 pm 🔓 ⊘

You drove from MN to my town, right?
9:54 pm 🔓

You keep inviting me 9:54 pm 🔓 ⊘

and you went to Levi's 9:54 pm 🔓

Stop inviting me 9:54 pm 🔓 ⊘

Lol 9:54 pm 🔓 ⊘

If you come in my personal space,
Randall I will use lethal force 9:55 pm 🔓

Changing your story now 9:55 pm 🔓 


If you come on my property, I will use lethal force    9:56 pm

Ish gross 9:57 pm

I'm locked and loaded here 9:57 pm

I will publish this whole thread and send it out    9:57 pm

If you come on my property I will be forced to neutralize you because you are an imminent threat    9:57 pm

Stop inviting me 9:57 pm

do it. 9:57 pm

 Unsecured SMS

 

do it. 9:57 pm

Lol 9:57 pm ⊘

2nd amendment 9:58 pm

Ish 9:58 pm ⊘

Love thex2nd 9:58 pm ⊘

If you come on my property, I'll send you home in a body bag   9:58 pm

Lmfao 9:58 pm ⊘

Ish 9:58 pm ⊘

head shot 9:58 pm

  🔵 Ⓝ 📶 .ıll 91% 🔋 5:06 PM

← +7 **+1 760-779-2539** @ 📞 ⋮

ısh 9:58 pm 🔓 ⊘

head shot 9:58 pm 🔓

In not interviewing you 9:58 pm 🔓 ⊘

you are insane and unstable 9:59 pm 🔓

Your unstable 9:59 pm 🔓 ⊘

I can prove it 9:59 pm 🔓 ⊘

Thank you 9:59 pm 🔓 ⊘

if you come on my property or near me, I will consider you an imminent threat 9:59 pm 🔓

⌄

and i will take the top of your head off 9:59 pm 🔓

 **Unsecured SMS**   

and i will take the top of your head off

9:59 pm

You've been warned. Act accordingly

9:59 pm

I plan to print this and send it to nationnews

10:00 pm

If you step foot on my property

Ish 10:00 pm

do it.

Stop inviting me 10:00 pm

I'm protecting myself from an insane



Stop inviting me 10:00 pm 🔒 ⊘

I'm protecting myself from an insane person
10:00 pm 🔒

step foot near me on my property and I will shoot you
10:00 pm 🔒

Your actions prove you are not stable 10:00 pm 🔒 ⊘

Insane 10:01 pm 🔒 ⊘

second amendment

I have the right to protect myself
🔒

You came after me..my turn to visit your town


You came after me..my turn to visit your town 10:01 pm 🔓 ⊘

I will blow you into the ozone if I feel threatned on my property 10:01 pm

Lmao 10:01 pm 🔓 ⊘

Call the cops 10:02 pm 🔓 ⊘

that's stalking. you should read the statute.

Nope 10:02 pm 🔓 ⊘

I'll be filing an RO against you in Elk River on Monday

 

← +7 +1 760-779-2539  📞 ⋮

River on Monday                    10:02 pm 🔓

what's that/ 6   10:02 pm 🔓

> I can interview anyone I feel
> 10:02 pm 🔓 ⊘

> You forget that 10:02 pm 🔓 ⊘

> 1st amendment 10:03 pm 🔓 ⊘

If you come on my property I will
engage lethal force

> Read it 10:03 pm 🔓 ⊘

> Read it 10:03 pm 🔓 ⊘

> Uneducated 10:03 pm 🔓 ⌄



 Unsecured SMS

 
**Uneducated** 10:03 pm 🔓 ⊘

second amendment - read it
10:03 pm 🔓

**I have** 10:03 pm 🔓 ⊘

I will blow your head off if you come
on my property                    10:03 pm 🔓

and my family will do the same
10:03 pm 🔓

**Our house has conceal and carry**
10:03 pm 🔓 ⊘

they will blow your brains out where
you stand if you threaten them
10:04 pm 🔓



 
←  **+1 760-779-2539** ⊚ 📞 ⋮

**they will blow your brains out where
you stand if you threaten them**
10:04 pm 🔓

**Lol** 10:04 pm 🔓 ⊘

so FAFO 

**What..no more pride in your work**
10:04 pm 🔓 ⊘

**Hippocrite** 10:04 pm 🔓 ⊘

**Let me show them your work**
10:04 pm 🔓 ⊘

**the neighbors are waiting.** 10:05 pm 🔓

∨

**No pride** 10:05 pm 🔓 ⊘

 
No pride 10:05 pm 🔓 ⊘

They will blow your rains out if you come on their property 10:05 pm 🔓

Lol 10:05 pm 🔓 ⊘

I called first 10:05 pm 🔓 ⊘

no one wants to hear from a fish smelling cunt 10:05 pm 🔓

We have arrangements 10:05 pm 🔓 ⊘

Lol 10:05 pm 🔓 ⊘

FAFO 10:05 pm 🔓

∨


+7    +1 760-779-2539 @

No pride 10:05 pm

They will blow your rains out if you
come on their property          10:05 pm

Lol 10:05 pm ✓

I called first 10:05 pm ✓

no one wants to hear from a fish
smelling cunt

We have arrangements 10:05 pm ✓

Lol 10:05 pm ✓

FAFO 10:05 pm


← +7 +1 760-779-2539 @ 📞 ⋮

You have no cue where I even live
10:07 pm

Yep I do 10:07 pm ✓

and if I see you - PEW PEW 10:07 pm

Lol 10:07 pm ✓

You were supposed to be here last
night. 10:07 pm

LOL 10:07 pm

pull up 10:08 pm

I have arrangements 10:08 pm ⌄


LOL come in my yard and find out

10:10 pm

PEW PEW 10:10 pm

I'm finding out and exposing you and your work 10:10 pm ✓

Stop inviting me 10:10 pm ✓

You aren't anywhere near here because you are scared af

Not even close 10:10 pm ✓

If you come to my home, I'll blow your fucking brains out. 10:11 pm

Not scared of anyone 10:11 pm ✓


Laugh 10:12 pm

and again, if you come on my property and near me I will use lethal force
10:13 pm

That's how the public finds out
10:13 pm

Castle doctrine

Courthouse 10:13 pm

Go down there. I have a surprise for you when you get there

I will use your words 10:13 pm

 
Its public 10:14 pm 🔓 ⊘

and a coroner's wagon if you come
near me on my property   10:14 pm 🔓

Lmfao 10:14 pm 🔓 ⊘

U are unstable 10:14 pm 🔓 ⊘

Nite psyco 10:15 pm 🔓 ⊘

You do realize you've already violated
ORC?

please learn to spell you uneducated
fuck

FAFO 10:15 pm 🔓

⌄

and you are going to find out

 
UF 10:48 pm 🔓

YOU 10:48 pm 🔓

COME 10:48 pm 🔓

ON MY 10:48 pm 🔓

PROPERTY 10:48 pm 🔓

I 10:49 pm 🔓

WILL 10:49 pm 🔓

USE 10:49 pm 🔓

LETHAL 10:49 pm 🔓

FORCE 10:49 pm 🔓

GOT IT RETARD? 10:49 pm 🔓

∨

