| | |
|---|---|
| **Timothy Charles Holmseth**<br>**Plaintiff,**<br><br>vs.<br><br>**Levi Henry Page IV,**<br>**Alexandria Hannelore Goddard,**<br>**Kim Lowry Picazio, in her personal and**<br>**professional capacity,**<br>**Michael G. Kaplan, in his personal and**<br>**professional capacity,**<br>**Craig Randall Sawyer, in his personal capacity,**<br>**and as Principal of VETERANS FOR CHILD RESCUE**<br>**INC.,**<br>**Charles William Moore Jr.,**<br>**Robert Hamer,**<br>**VETERANS FOR CHILD RESCUE INC.,**<br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br>**John Does 1-25**<br>**Defendants,** | **Case No: 0:3:22-CV-00912**<br><br><br>**SECOND AMENDED COMPLAINT** |

## COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

Plaintiff, Timothy Charles Holmseth ("Plaintiff"), Pro Se, pursuant to Rule 3 of the Federal Rules of Civil Procedure (the "Rules"), files the following Verified Complaint against defendants, Levi Henry Page IV ("Page"), Alexandria Hannelore Goddard ("Goddard"), Kim Lowry Picazio ("Picazio"), Michael G. Kaplan ("Kaplan"), Craig Randall Sawyer ("Sawyer"), VETERANS FOR CHILD RESCUE INC. (V4CR), Charles William Moore Jr. ("Moore"), Robert Hamer ("Hamer"), UNITED STATES DEPARTMENT OF JUSTICE, and John Does 1-25 (said named being fictitious and unknown persons), jointly and severally.

Plaintiff seeks (a) compensatory damages and statutory damages (threefold the actual damages sustained in the sum of $40,000,000.00 plus (b) prejudgment interest on the principal sum awarded by the Jury, (c) post-judgement interest, and (d) court costs – arising out of the Defendants' acts of racketeering activity in violation of Title 18 U.S.C. 1962 (a-c) conspiracy to violate Title 18 U.S.C. 1962 (a-c) common law conspiracy, and defamation.

### I. INTRODUCTION

1. This case is about an investigative journalist, publisher, and War Correspondent named Timothy Charles Holmseth ("Plaintiff") who is the target of military Tier One Operations as part of the 'Weaponization of the Federal Government' in the United States of America, where a former U.S. Navy SEAL and CIA contractor named Craig Randall Sawyer ("Sawyer") along with retired military brass including retired U.S. Navy Vice Admiral Charles William Moore ("Moore") have assembled an alliance with the present Chairman of the Joint Chiefs of Staff, U.S. Army General Mark Milley, along with retired career intelligence expert U.S. Army General Michael Flynn, a

1

gamut of federal agencies, private government contractors, elite special forces trained by the U.S. Government, retired and active federal agents, that are all partnering with military units of foreign powers, and the trafficking Cartel, to create and operate a domestic assassination program and human trafficking operation which uses what they call VIPR teams created by an organization called VETERANS FOR CHILD RESCUE INC (V4CR) that operates in interstate and foreign commerce. SEE IMAGES BELOW

## VETERANS FOR CHILD RESCUE

HOME    GOALS    ABOUT US    WE DO HEAD TO    CONTACT

Our VIPR Team (Veterans Investigating Pedophile Rings) come from the highest levels of Military Special Operations, Federal Law Enforcement, Interior of Counter Poaching Operations, The Intelligence Community, The Diplomatic Community and Film & Television. Together, we can work with federal and local law enforcement to help arrest these predators and liberate the child victims. We'll share the shocking events through an unflinching television docu-series, which tears the lid off this campaign for all to see!

(501c3 status in the works)



*These are all the law enforcement units, intelligence agencies and military units that are directly involved in the pedophile raids who are giving Sawyer eyewitness accounts on just how bad the revelations from the investigations really are.*

2



2. When Plaintiff began looking into the activities of V4CR in 2017, Plaintiff quickly realized there was no records to support the existence of V4CR such as Certificates of Authority, Joint Powers Agreements, or Resolutions from any government body or agency. Plaintiff observed V4CR was acting in interstate and foreign commerce with the physical movement of minor children, but had no oversight, and was simply a shadowy group of individuals that had no licensing, no insurance, or any formal contracts that were giving V4CR any authority to touch, move, handle, or transport children. Plaintiff was perplexed that Sawyer, who admitted during interviews that he had been kicked out of the Federal Air Marshal Service and stripped of all of his military medals and honors, was using the logos of the agencies he once worked under, and was partnering with those very government agencies and military that denounced and rejected him.

3. In response to Plaintiff's reporting and publishing on human trafficking, crimes against humanity, war crimes, and exposing V4CR's public statement that Sawyer is utilizing his military experience to "run covert tier one operations all over the country", and knowing Plaintiff's journalism is protected by the First Amendment of the United States Constitution and Article 1 of the Bill of Rights, Article 1, Section 19 of the Tennessee Constitution, the Defendants and their associates targeted Plaintiff for over a decade, used Plaintiff in Psychological operations against the best interest of the American people, and have subjected Plaintiff to threats of kidnapping, torture, rape, and murder.

4. The Defendant's operations began in 2009 when Plaintiff contacted the FBI and reported suspicious activity of a convicted sex offender-pastor from Hastings, Florida named John Regan who was conducting FBI searches for a missing child in Florida named HaLeigh Cummings. John

3

Regan told searchers and many witnesses that he was an undercover FBI agent and CIA agent working undercover as a pedophile. In 2020 Plaintiff came under full attack by V4CR and an FBI agent named Bob Hamer, because Plaintiff pointed out that John Regan and Bob Hamer appeared to be the same man. Bob Hamer is on the Board of Advisors of V4CR. Bob Hamer is famous because he went undercover as a pedophile for the FBI to infiltrate the North America Man Boy Love Association.

## UNDERCOVER PEDOPHILE FOR THE FBI



Bob Hamer –Undercover Pedophile for the FBI – Board of Advisors for Veterans For Child Rescue



John Regan – Undercover Pedophile for the FBI – HaLeigh Cummings Kidnapping Investigation

5.  Plaintiff, attempting to combat the Tier One Operations against him, granted Power of Attorney to Christopher Edward Hallett ("Hallett"), CEO, E~Clause LLC, Florida, in 2019. Hallett was a loss prevention specialist and E~Clause was authorized by Congress to perform audits for the U.S. Government. Hallett filed a lawful notice of process on behalf of Plaintiff to President Donald J. Trump and U.S. Senator Lindsey Graham citing Emolument violations in legal cases brought against Plaintiff. SEE IMAGES BELOW

4

## *Christopher E. Hallett*



16062 SW 34 CT RD, Ocala, Fl, 34473, Ph (352)470-8460 eclausellc@gmail.com

August 18, 2019

**LAWFUL NOTIFICATION OF PROCESS**
CITING EMOLUMENTS VIOLATION (18 U.S.C. § 643)
Re: Timothy C Holmseth, Case Numbers,
60-CR-18-343, 60-CR-18-439
60-CR-18-441, 60-CR-18-2074

OFFICE OF THE PRESIDENT
THE WHITE HOUSE
1600 Pennsylvania Ave NW
Washington, DC 20500

Mr President,

Please find, and refer appropriately, to the Department of Justice these case numbers as
Oversight against this obvious Sharia Law Sham Process is self evident.

Should the Department's current workload be prohibitive of this referral, also consider issuing a
Letter of Enforcement (MARQ) to permit this Office access to direct the U.S. Marshal's Office
to execute the Law while making sure these traitors are brought to Justice under the Letter of the
Law pursuant to Article 4, Section 4, and Article 1, Section, 9, Clause 8 of The Constitution of
The United States of America.

My Acting Agent (Kirk L. Pendergrass) and I, have already provided the attached Notice of
Process citing the absence of a Quorum (usurpation of Due Process) in response to the attached
correspondence from the East Grand Forks City Attorney's Office.

Respectfully Submitted,

Christopher E. Hallett (CEO)

*Quod per recordum probatum non debet esse negatum,*
What is proved by the record ought not be denied

Case 3:22-cv-00912   Document 14   Filed 01/19/23   Page 5 of 58 PageID #: 336

*Christopher E Hallett* 

16062 SW 34 CT RD, Ocala, Fl, 34473, Ph (352)470-8460 eclausellc@gmail.com

August 18, 2019

## LAWFUL NOTIFICATION OF PROCESS
CITING EMOLUMENTS VIOLATION (18 U.S.C. § 643)
Re: Timothy C Holmseth, Case Numbers,
60-CR-18-343, 60-CR-18-439
60-CR-18-441, 60-CR-18-2074

THE HONORABLE
Lindsey Graham
224 Dirksen Senate Office Building
Washington, D.C., 20510
Ph: (202) 224-5225

Dear Senator Graham,

Please find, and refer appropriately, to the Department of Justice these case numbers as
Oversight against this obvious Sharia Law Sham Process is self evident.

Should the Department's current workload be prohibitive of this referral, also consider issuing a
Letter of Enforcement (MARQ) to permit this Office access to direct the U.S. Marshal's Office
to execute the Law while making sure these traitors are brought to Justice under the Letter of the
Law pursuant to Article 4, Section 4, and Article 1, Section, 9, Clause 8 of The Constitution of
The United States of America.

My Acting Agent (Kirk L. Pendergrass) and I, have already provided the attached Notice of
Process citing the absence of a Quorum (usurpation of Due Process) in response to the attached
correspondence from the East Grand Forks City Attorney's Office.

Respectfully Submitted,

Christopher E. Hallett (CEO)

*Quod per recordum probatum non debet esse negatum.*
What is proved by the record ought not be denied

Hallett accepted a trove of evidence from Plaintiff regarding human trafficking and child
exploitation that was being committed by the corrupted judicial system. Hallett had expertly

6

dissected and exposed how family courts and criminal courts in four separate States were committing a scheme, scam, and fraud in the case of a mother named Neely Petrie Blanchard. Hallett was also tracking international COVID 19 codes. On November 2, 2020, Hallett made a filing into the U.S. Court in the Middle District of Florida. Hallett sent a copy of the federal court receipt to his colleague Randi Lynn Erickson, Minnesota. On November 15, 2020, Hallett was assassinated in his home. Plaintiff attempted to locate the U.S. Court files Hallett filed. The **ENTIRE FILING HAD VANISHED**. Plaintiff subsequently filed a Complaint against Judge William Terrell Hodges, the federal judge overseeing the Court where the file vanished. Plaintiff provided extensive details to the U.S. Appeals Court about Hallett and Plaintiff's information and evidence of international human trafficking. Shortly thereafter **Hodges was dead**.

# U.S. JUDGE DEAD! WAS UNDER INVESTIGATION REGARDING FBI, U.S. SPECIAL FORCES AND CARTEL CHILD TRAFFICKING ON U.S. BORDER

⏱ December 22, 2022   👤 pwsbuilder   🗁 Pentagon Pedophile Task Force   💬 0

JAN 15 2022

CONFIDENTIAL

David J. Smith
Clerk

## Before the Chief Judge of the Eleventh Judicial Circuit

---

Judicial Complaint No. 11-21-90149

IN THE MATTER OF A COMPLAINT FILED BY:

TIMOTHY CHARLES HOLMSETH

---

In Re: The Complaint of Timothy Charles Holmseth against United States District Judge Wm. Terrell Hodges of the United States District Court for the Middle District of Florida, under the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364.



by Pentagon Pedophile Task Force on December 22, 2022 – USA

Court Name: Florida Middle District
Division: 5
Receipt Number: OCA011576
Cashier ID: ████████
Transaction Date: 11/02/2020
Payer Name: E-CLAUSE LLC

CIVIL FILING FEE
 For: E-CLAUSE LLC
 Amount:        $400.00

PAPER CHECK CONVERSION
 Remitter: E-CLAUSE LLC
 Check/Money Order Num: 2021
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00



Payments by check/money order will
result in a one-time electronic
debit  from your account. Funds may
be withdrawn within 24 hours. If
there are insufficient funds, we
will impose a $53.00 fee.

9

6. Plaintiff realized and knows he is being subjected to a wide variety of tactics that are described and explained in a published document entitled THE OFFICIAL CIA MANUAL OF TRICKERY AND DECEPTION by H. Keith Melton and Robert Wallace.

7. Defendants' acts or threats are chargeable as offenses under Tennessee law[1] and punishable for imprisonment for more than one year. Defendants acts (described below) are also indictable under 18 U.S.C. 1512 (tampering with a witness) 18 U.S.C. 1513 (retaliating against a witness) and 18 U.S.C. 1951 (extortion).

[1] 2010 Tennessee Code – Title 39 Criminal Offenses – Chapter 14 – Offense Against Property – Part 1 - Theft 39-14-112 – Extortion (a) A person commits extortion who uses coercion upon another person with the intent to: (1) Obtain property, services, any advantage or immunity; or (2) Restrict unlawfully another's freedom of action. (c) Extortion is a Class D felony. 2010 Tennessee Code Title 39 - Criminal Offenses 39-16-507 - Coercion of witness. 39-16-507. Coercion of witness. (a) A person commits an offense who, by means of coercion, influences or attempts to influence a witness or prospective witness in an official proceeding with intent to influence the witness to: (1) Testify falsely; (2) Withhold any truthful testimony, truthful information, document or thing; or (3) Elude legal process summoning the witness to testify or supply evidence, or to be absent from an official proceeding to which the witness has been legally summoned. (b) A violation of this section is a Class D felony.

8. Defendants actions meet the evidentiary standard of 2010 Tennessee Code - Title 39 - Criminal Offenses - Chapter 12 - General Offenses - Part 1 - Inchoate Offenses - 39-12-103 - Criminal conspiracy.

39-12-103. Criminal conspiracy.

(a) The offense of conspiracy is committed if two (2) or more people, each having the culpable mental state required for the offense that is the object of the conspiracy, and each acting for the purpose of promoting or facilitating commission of an offense, agree that one (1) or more of them will engage in conduct that constitutes the offense.

(b) If a person guilty of conspiracy, as defined in subsection (a), knows that another with whom the person conspires to commit an offense has conspired with one (1) or more other people to commit the same offense, the person is guilty of conspiring with the other person or persons, whether or not their identity is known, to commit the offense.

(c) If a person conspires to commit a number of offenses, the person is guilty of only one (1) conspiracy, so long as the multiple offenses are the object of the same agreement or continuous conspiratorial relationship.

(d) No person may be convicted of conspiracy to commit an offense, unless an overt act in pursuance of the conspiracy is alleged and proved to have been done by the person or by another with whom the person conspired.

10

9. The Defendants are persons associated in fact (a RICO enterprise) who engage in interstate commerce by the use of one or more instrumentalities, including the internet, computers, telephones, UPS, FED EX, and U.S. Mail. While associated with the enterprise, Defendants conducted or participated, directly or indirectly, in the operation and management of the enterprise's affairs through a pattern of racketeering activity. Between 2009 and the present, Defendants engaged in activity that is prohibited by Title 18 U.S.C. 1962(c) and 1962(d). The common goal of Defendants and other persons associated with the enterprise is to extort Plaintiff and prevent him from engaging in news reporting, publishing, telecommunications with the United States Military, State law enforcement, Federal law enforcement, local governments, witnesses, and to prevent Plaintiff from testifying in legal/lawful court proceedings, hindering Plaintiff's freedom of movement and travel, publishing material on international human trafficking in which Defendants were/are involved, interfere with Plaintiff's evidence gathering, deprive Plaintiff of his property rights in materials pertaining to human trafficking, infringe upon Plaintiff's rights as a journalist under the First Amendment, and infringe upon Plaintiff's right to keep and bear arms under the Second Amendment.

10. Plaintiff was injured in his business, property, and reputation by Defendants' racketeering activity and tortious misconduct. Plaintiff brings this action (a) to recover money damages for injuries caused by the Defendants' racketeering activity and unlawful acts, (b) to impose reasonable restrictions on Defendants' future activities, including Defendants' unlawful attempts to jail Plaintiff because of his reporting and exercise of rights and privileges protected by the First Amendment and Second Amendment, and (c) to enjoin Defendants from committing further coercion and extortion and to prevent or restrain Defendants from violating Title 18 U.S.C. 1962 in the future, and (d) restore ALL of Plaintiff's rights that have been infringed upon.

## II.   **PARTIES**

11. Plaintiff Timothy Charles Holmseth is a citizen of Minnesota. He has a college degree in the field of Media Communications. He is an award-winning news reporter with first place awards from the North Dakota Newspaper Association. He authored and published a book about the case of the missing child HaLeigh Cummings. Plaintiff created the websites www.writeintoaction.com and www.timothycharlesholmseth.com Plaintiff's primary social media account is truthsocial.com/@THOLMSETH

12. Defendant Levi Henry Page IV is a mainstream media pundit, podcaster, and You Tuber from Dover, Tennessee. Page has a college degree in the field of journalism. Page is associated with mainstream media including CNN, HLN, and FOX NEWS (Nancy Grace). Note: In 2011 Page published a Bio online stating he was a 34 year-old "criminal investigator" from Nashville, Tennessee (however, a police investigation in Minnesota revealed he was only a 20 year-old college student). Ernie Rice of Rice Investigations, Tennessee, determined Page is "Levi H. Page IV". Page's main Twitter account is twitter.com/LeviPageTV

13. Alexandria Hannelore Goddard is, upon information and belief, **not** an American citizen. Goddard identifies herself as a "Social Media Analyst and Consultant" from Martins Ferry, Ohio. Goddard identifies herself as an advocate against "rape culture". Goddard is an unlicensed investigator that works as an agent for attorneys and others. Goddard's main account on Twitter is @prinniedidit Goddard is associated with a long list of mainstream media organizations including Netflix.

14. Defendant Kim Lowry Picazio is a Family Law attorney from Broward County, Florida. Picazio is an attorney at Kim L. Picazio, PA. Her website is www.picaziolaw.com. Picazio works on Elections under Joe Scott Supervisor of Elections, Broward County, Florida. Her main Twitter account is @Kim_Picazio

15. Defendant Michael G. Kaplan is a Family Court judge in Broward County, Florida. Kaplan is described as a "Member of the Judiciary" on the Florida BAR Association's website.

16. Defendant Craig Randall Sawyer is a former Navy SEAL, former federal Air Marshal, Hollywood film producer, and founder of VETERANS FOR CHILD RESCUE INC. Sawyer's primary websites are www.tacticalinsider.com and www.vets4childrescue.org

17. Defendant Charles William Moore Jr. is a retired Vice Admiral in the United States Navy. Moore serves on the Board of Advisors of VETERANS FOR CHILD RESCUE INC. He was an interim Superintendent of the United States Naval Academy in Annapolis, Maryland. Moore has served on the Board of Directors for AKHAN Semiconductors.

18. Defendant Robert Hamer is a former JAG with United States Marine Corps and a former agent of the Federal Bureau of Investigation (FBI). Hamer's website is www.bobhamer.net

19. VETERANS FOR CHILD RESCUE INC. (V4CR) is a 501(c)(3) organization. V4CR was created by Craig Randall Sawyer in April of 2017. The official website for V4CR is www.vets4childrescue.org The address listed is 7320 N La Cholla Blvd., Suite 154-302 Tucson, AZ 85741

20. UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Ave NW, Washington, DC 20530

21. John Does 1-25 (said named being fictitious and unknown persons), jointly and severally.

### III. JURISDICTION AND VENUE

22. The United States District Court for the Middle District of Tennessee has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. 1331 (Federal Question) 1332 (Complete Diversity) and 1367 (Supplemental Jurisdiction). This action arises under federal law. The parties are citizens of different States and the amount in controversary exceeds the sum value of $75,000, exclusive of interests and costs.

23. Each Defendant is subject to personal jurisdiction in Tennessee's long arm statute T.C.A. § 20-2-214 (a) as well as the Due Process Clause of the United States Constitution. Defendants are subject to specific personal jurisdiction. Defendants targeted Plaintiff and extorted him while they were physically present in Tennessee. Defendants targeted Plaintiff's daughter who lives in Tennessee. Defendants and their agents committed multiple acts of racketeering activity. Defendants transact business in Tennessee and committed multiple acts in Tennessee that caused injury in Tennessee. Defendants also committed multiple acts of extortion outside Tennessee causing injury and property damage in Tennessee. The exercise of personal jurisdiction over Defendants would not violate fairness and substantial justice.

24. Venue is proper in the United States District Court for the District of Tennessee pursuant to Title 18 U.S.C. 1965(a) and Title 28 U.S.C. 1391(b). Defendants reside, are found, have agents, and transact affairs in Tennessee. A substantial part of the events or omissions giving rise to the claims in this case occurred in Tennessee.

## IV. FACTUAL ALLEGATIONS

### *VETERANS FOR CHILD RESCUE INC*

25. In April of 2017 Craig Randall Sawyer ("Sawyer") founded an organization called Veterans For Child Rescue, Inc. (V4CR). Sawyer launched the website www.vets4childrescue.org and promoted V4CR with graphics and images that depicted the activities of the organization. One image featured a masked man in a military uniform, wearing gloves, with headphones on both ears, an American flag patch on the uniform shoulder, along with the letters V4CR, carrying a small female child away in the dead of night. Plaintiff screenshotted the image from Sawyer's Facebook page. SEE BELOW



26. Plaintiff is an investigative journalist, and in 2017, acting as a War Correspondent, Plaintiff began to report and publish on the activities of Sawyer and V4CR on Plaintiff's website www.timothycharlesholmseth.com Plaintiff inspected V4CR's public mission statements and observed V4CR said, "*Veteran Navy Seal DEVGRU sniper Craig "Sawman" Sawyer Founded V4CR in April of 2017. Sawman has dedicated his life to raising awareness about the darkness infesting our communities, rescuing victims, and putting predators behind bars, along with V4CR's veterans investigating pedophile rings (VIPR teams) Sawman uses his military experience to run covert tier one operations all over the country: Working with the brave men and women in law enforcement to keep our communities safe*". SEE IMAGE BELOW



27. Plaintiff researched Tier One operations and observed DEVGRU SEAL TEAM 6 is used for "counter terrorism" and "hostage rescue". SEE IMAGE BELOW

### The 5 Tier 1 Units In The US Military

**#1. DEVGRU:** DEVGRU is also known as SEAL Team 6. They are the US Navy's elite SMU that specializes in counter-terrorism and hostage rescue.

**#2. Delta Force:** Delta Force is a Combat Applications Group of the US Army. The main mission of the Delta Force is counter-terrorism.

**#3. 24th Special Tactics Squadron:** The US Air Force's 24th Special Tactics Squadron provides air support and control for the other Tier 1 units.

**#4. Intelligence Support Activity:** The US Army Intelligence Support Activity provides mission essential information for other JSOC units.

**#5. Army Ranger Regimental Recon Company:** A part of the 75th Ranger Regiment Special Troops Battalion provides special reconnaissance to support JSOC missions.

## #1. DEVGRU (aka SEAL Team 6)



Image: Wikipedia.org

28. Upon the launch of V4CR, Sawyer published a gamut of logos on the V4CR website and stated the agencies and military units represented by the logos were working with V4CR and the VIPR teams. SEE IMAGE BELOW

15

**VETERANS FOR CHILD RESCUE**

Our V4PR Team (Veterans Investigating Pedophile Rings) come from the highest levels of Military Special Operations, Federal Law Enforcement, International Counter Poaching Operations, The Intelligence Community, The Diplomatic Community and Film & Television. Together, we can work with federal and local law enforcement to help arrest these predators and liberate the child victims. We'll share the shocking events through an unflinching television docu-series, which tears the lid off this contagion for all to see!

00143 status is the works!



***These are all the law enforcement units, intelligence agencies and military units that are directly involved in the pedophile raids who are giving Sawyer eyewitness accounts on just how bad the revelations from the investigations really are.***

29. The following is an assessment of the agencies and units working with V4CR as represented by the logos.
A. National Security Agency (NSA)
B. British Military
C. Central Intelligence Agency (CIA)
D. U.S. Department of State
E. Transportation Security Administration (TSA)
F. Federal Bureau of Investigation (FBI)
G. German anti-terrorist unit Border Police Group (GSG - Grenzschutzgruppe) 9
H. British Army Special Air Service
I. U.S. Army Rangers
J. Navy SEALS
K. 1st Special Forces Operational Detachment–Delta
L. United States Army Special Forces

### *2,100 KIDS 'RESCUED' BY NAVY SEALS AND U.S. MARINES FROM CAGES UNDERGROUND IN CALIFORNIA*

30. In April of 2019, Plaintiff was approached by David Lester Straight, Bend, Oregon. Straight told Plaintiff he was a former Navy SEAL and U.S. Secret Service agent with classified clearance

16

because he once protected "George Bush". Straight said he served on three Presidential Commissions under President Trump. The Commissions were Human Trafficking, Judicial Corruption, and Space Force. Straight told Plaintiff he watched a video of U.S. Vice President Michael Pence raping a child. In October of 2019 Straight told Randi Lynn Erickson, Elk River, Minnesota that he assisted the U.S. Marines and U.S. Navy Seals with a rescue of 2,100 children who were being held captive underground in cages in California. Plaintiff reported to the public what Straight told Erickson. Plaintiff interviewed Straight and Straight confirmed the rescue and said the children were taken to a military hospital. Straight said approximately 100 of the children died. Straight said the children had been kidnapped and put into captivity by Child Protective Services (CPS). Plaintiff monitored the situation for further news reporting as time went on. Plaintiff continued to search for information about the welfare status of the 2,100 kids.

# SEALS and Marines Rescue 2,100 Children From California Underground Bunkers

⊙ October 14, 2019   & Timothy Holmseth   ☰ CRIMES AGAINST CHILDREN, Pentagon Pedophile Task Force, SATANIC RITUAL ABUSE   ⊙ 59



f Facebook    ⅴ Tweet    ℗ Pin

https://www.youtube.com/watch?
v=AOxqMsIxtj0&feature=youtu.be&fbclid=IwAR0vI71DCuWD48b1x9QZtPYmDz7VLMfHcm4-
H_rawX8TnLFnZvMSifLXoMg

by Timothy Charles Holmseth on October 14, 2019 at 5:43 PM CST

31. In August of 2020 Plaintiff came under complete military style psychological operation attack by V4CR. V4CR members including retired Vice Admiral Charles William Moore, former FBI agent Bob Hamer, Sawyer, and James Hill, began sending messages to Plaintiff. Some of the messages were responses being made to stories Plaintiff published about children being rescued. Moore

17

told Plaintiff he was friends with General Mark Milley, General Michael Flynn, and President Trump, and told Plaintiff to stop the reporting. Plaintiff saw the correlation between the V4CR VIPR teams and military brass' anger in 2020 that Plaintiff was reporting about children being rescued from where they were held captive underground, with what Straight told Plaintiff earlier, in 2019, regarding Straight being a former Navy SEAL, and the 2,100 kids Straight said he helped rescue with Seals and U.S. Marines – because Sawyer's V4CR VIPR teams Tier One operations do "hostage rescue". Plaintiff's news reporting was exposing secrets and unspeakable crimes against humanity.

32. In May, 2021, Plaintiff observed mainstream network news reported about the '2,100' kids.  On May 7, 2021, CBS news reported "Over 2,100 children crossed border alone after being expelled with families to Mexico". The CBS story referred to 2,100 missing children and featured Alejandro Mayorkas. CBS reported, "During a call with reporters on Sunday, Homeland Security Secretary Alejandro Mayorkas acknowledged that his department has been tracking these cases".

### PLAINTIFF'S NEWS REPORTING FORCES SAWYER TO PUBLICLY ADMIT THAT RESCUING KIDS IS ACTUALLY KIDNAPPING IF THE PARENTS ARE NOT INVOLVED OR AWARE

33. On September 4, 2020, Craig Sawyer logged into Facebook and made a public statement regarding the child rescuing activities of his organization called Veterans For Child Rescue Inc. Sawyer admitted during the video statement that it is **against the law to rescue children**. Sawyer said, *"When we can get rescues, man, that's great, we want to do as much of that as we can. Just so everybody knows* ***a rescue is actually a kidnapping unless you have the parents and power of attorney there of the child. So if you don't know who the parents are – you move a child man that's kidnapping technically.*** *Figure out where they are which means you could have probably arrested all the predators first, and then you can rescue the children that are there. So, its eh, you know I started out wanting to rescue a bunch of children in the United States but that's really a law enforcement function here so we're arresting the predators we've got 22 arrests with warrants with one-hundred percent conviction rate".*

### U.S. COURT BECOMES INSTRUMENTALITY FOR CRIMINAL EXTORTION AGAINST A GOVERNMENT OFFICIAL WHO HAS STANDING WITH THE STATE OF MINNESOTA

34. In November, 2021, Plaintiff's escrow agent Randi Lynn Erickson ("Erickson") Petitioned the United States District Court in Minnesota and requested Injunctive Relief because Sawyer's DEVGRU trained VIPR teams told Plaintiff they were, in fact, suiting up, and coming to kill Plaintiff and Erickson. Sawyer filed a counter-claim and accused Erickson of defaming him. In response to Erickson's attempt to seek help from the federal government regarding agents, and agencies, and military, of the federal government, that were threatening to murder her, the VIPR teams and Sawyer's network of operatives intimidated and threatened Erickson and Plaintiff and made sure Erickson would not appear in person for any hearing. The U.S. Court declined to provide any Relief to Erickson whatsoever despite Erickson holding licenses that are so unique they require an FBI background check, and a Commission with the State of Minnesota,

18

and a trove of evidence showing the horrendous threats and extortion. The U.S. Court went on to award Sawyer $500,000 in a Default judgement while Erickson and Plaintiff remain in hiding.

35. On January 12, 2023, U.S. Judge Eric C. Tostrud filed an Order in Erickson v. Sawyer – 0:21-CV-02536-ECT-DJF. On Page 3, Tostrud said, "*In 2017, Mr. Sawyer founded Veterans For Child Rescue, Inc. (V4CR), an organization devoted to rescuing victims of child sexual abuse*".

36. Accepting what Tostrud stated in his Order, and public statements by Sawyer and V4CR saying their organization is "rescuing children", it is firmly established V4CR was created in 2017 to transport minor children under the guise of the transportation being a "rescue". It is further established that Sawyer and V4CR knew for over three years they were committing kidnapping and were human trafficking children before admitting on Facebook Live that rescuing children is actually kidnapping. During this same time Sawyer, V4CR, and Defendants were publicly defaming, libeling, and slandering Plaintiff as a "stalker" and "psycho" and "pedophile" for reporting the truth about V4CR.

37. Sawyer and V4CR, acting as agents of the federal government and U.S. Military, and military of foreign powers, successfully executed a Tier One operation on American soil against a State commissioned government official, Randi Lynn Erickson, whereby Sawyer and V4CR extorted and terrorized Erickson and a news reporter, and used the United States District Court as an instrumentality of Extortion in violation of the RICO act and Hobbs Act and other federal laws.

### THREATS AGAINST PLAINTIFF AND ERICKSON BY V4CR VIPR TEAMS

38. In 2020 retired U.S. Navy Vice Admiral Charles William Moore ("Moore"), Board of Advisors, V4CR, contacted Plaintiff using his V4CR email account, and told Plaintiff to stop writing about V4CR. Moore told Plaintiff he was friends with **General Mark Milley**, **General Michael Flynn**, and **President Trump**.

39. Plaintiff experienced great fear and anxiety and felt intimidated by Moore's communication, because General Milley is the Chairman of the Joint Chiefs of Staff, and General Michael Flynn is a career intelligence officer. Moore was clearly using the names of Milley and Flynn to advance an extortion plot underway against Plaintiff. Plaintiff received 20 messages from V4CR VIPR team members. Plaintiff received messages that taunted Plaintiff about VIPR teams heading toward Indian Mound, Tennessee where Plaintiff's daughter once resided. James Hill told Plaintiff they were going to abduct Plaintiff's daughter and take her to Fort Campbell military base and have a dog rape her while they filmed it. Sawyer told Plaintiff he was working with "Kim P" which is Kim Lowry Picazio. Sawyer said they received information from Picazio and may kidnap Plaintiff and transport him to Florida. Sawyer taunted Plaintiff that the police could not help Plaintiff. Hamer told Plaintiff that Sawyer was going to abduct Plaintiff and take him somewhere against his will. Sawyer warned Plaintiff he was going to kill him and place him at the bottom of a lake. The following messages enveloped Moore's ominous message to Plaintiff.

19

### THE KIDNAP, TORTURE, RAPE, AND MURDER THREATS AGAINST TIMOTHY CHARLES
### HOLMSETH AND RANDI LYNN ERICKSON

A. On August 3, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Timmy, My team is coming to get you in the next two weeks. We will use all force necessary to get you. We are coming for you".**

B. On August 4, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Timmy, You are going to end up in a very deep hole shortly. Randi will be right there next to you as well. You better start taking turns sleeping because we are coming".**

C. On August 4, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Say good by to Melina. We added her to a list".**

D. On August 5, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"When my team catches up, someone will be in a very bad place. You know what happens to people when they go off the deep end. As a seal we get water training and can swim good. We learn to put things in very deep places where they will never be found".**

E. On August 5, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"I put your kid on a list The police can not help you. You know what will happen soon".**

F. On August 5, 2020, VICE ADMIRAL CHARLES W. MOORE logged into an account charles@vets4childrescue.org and transmitted the following message to Plaintiff. **"This is Vice Admiral Moore. I am a personal friend of the President, General Milly and General Flynn. Your fake reporting on our organization must stop now".**

G. On August 6, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"The VIPR teams are getting suited up Timmy. They are already moving towards Tennessee. Indian Mound is near Fort Campbell. We will make sure things end up in the military impact zone on post in no mans land. Nobody ever looks there Timmy because of all the unexploded artillery shells are laying around. Maybe we can put our target directly under an artillery target. Will be blasted to pieces. Incoming.."**

H. On August 6, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"For you….. did you know what happens when things are placed far under water in a nice cool Minnesota lake??? Things do not float when we put them down. We preserved items that stay below 40 degrees become fish food. No one**

ever scuba dives in those cold lakes. VIPR teams have seals on them. Can you hold your breath?"

I.  On August 7, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Kim P. gave us all the information on you Timmy. She has a present waiting for you in Florida. Maybe we will bring you down there instead of going for a swim".**

J.  On August 7, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"How does it fell Timmy? You can not go to the police for help. Your little group of people you hang out with can not help you. You messed with the wrong person Timmy. We are coming".**

K.  On August 7, 2020, Bob Hamer logged into an account bob@vets4childrescue.org and transmitted the following message to Plaintiff. **"Timothy, how dare you make these foul accusations at our great organizations. I have been briefed on you and I am very upset at your foul lies. Craig is going to pick you up and bring you here for a nice face to face chat".**

L.  On August 7, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Timmy, I have been given full permission to come pick you up for a meeting. We know where you are. Do you have any special requests. Would you like anyone from your taskforce to join you? We know who the members of the Task Force are. Field McConnell and his friends will not help you because they are aware of what you did to field".**

M.  On August 17, 2020, James Hill logged into an account jameshill@vets4childrescue.org and transmitted the following message to Plaintiff. **"Timothy, we will get a dog and picture your girl doing the nasty when we arrive at the artillery section at Fort Campbell. We are coming".**

N.  On August 27, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"our investigations focus solely on the criminal activity of individuals"** This will apply to you Timothy Charles Holmseth.... You can hide from us but we have time on our side. Just wait till we catch up...."

O.  On September 2, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Nobody cares about your year old article Timothy. You know what is going to happen once things catch up to you".**

P.  On September 2, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff's escrow agent Randi Lynn Erickson. **"Just wait till it all catches up to you Randi Q. You are not going free yourself. Your time will soon be coming. Real soon.".**

Q. On September 2, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"Your articles are not going to help you. Randi Q is on da list…..".**

R. On September 4, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"I bet your ass will be ripping soon".**

S. On September 14, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"I am collecting the $5000. Your time is up now Timothy. Going to be fun. We hired someone to take video".**

T. On September 18, 2020, Sawyer logged into his account at craig@vets4childrescue.org and transmitted the following message to Plaintiff. **"You are hiding out. No more articles on me. My team is going to collect that reward on you. Your time is up little pedo man".**

### *ERICKSON V. SAWYER – U.S. COURT*

40. In 2021, Randi Lynn Erickson petitioned the U.S. Court in Minnesota (O:21-CV-02536) for Injunctive Relief against Sawyer, former FBI agent Bob Hamer ("Hamer"), and an attorney from Florida named Kim Lowry Picazio, Kim L. Picazio P.A. ("Picazio"). Sawyer, Hamer, and Picazio were utilizing the V4CR VIPR teams to warn Erickson and Plaintiff, in writing, of their imminent kidnap, torture, rape, and murder. Erickson had fled her home in Elk River, Minnesota and was hiding, but finally petitioned the U.S. Court for Relief after receiving threats of poisoning, followed by her husband Brian Edwin Erickson being diagnosed with an extremely rare form of blood cancer. Sawyer, Hamer, and Picazio conspired to simultaneously file for Restraining Orders in the Minnesota State Court against Erickson and Plaintiff. The objective of Sawyer, Hamer, and Picazio was to lure Plaintiff and/or Erickson out of hiding by requiring they physically appear at a courthouse in Minnesota. Neither Plaintiff nor Erickson were stupid enough to travel to a specific location arranged for by the VIPR team domestic assassination program that was threatening to kidnap, torture, and murder them.

41. Notably, Erickson did not seek monetary relief, and she did not attempt to practice law, which she is barred from doing under the State Statute governing her State Commission. Erickson simply sought help from the U.S. Court to stop a murder plot being executed by operatives of the U.S. Government.

42. In response to Erickson's Injunction, Sawyer retained Droel Law Firm and formulated a plan to obtain copies of sealed affidavits that were authored and sworn to by Jessie Marie Czebotar which detailed Czebotar's eye-witness accounts of rape, torture, murder, and cannibalism by Presidents and world leaders.

22

43. Droel stated in a public court document, "…and other high-profile individuals, such as Ronald Reagan, Bill Clinton, Joe Biden, Newt Gingrich, Dick Cheney, Dan Quayle, Mike Pence, John Kerry, Muammar Gaddafi, Amy Coney Barrett, and Elon Musk to name a few, as being involved in some Satanic cult that tortures, rapes, murders, and eats children."

44. After leaking the names, Droel Law and Sawyer filed a counter-claim against Erickson accusing Erickson of libel and defamation for publishing the names, **which she had not done**. Droel and Sawyer did it. Erickson never published anything regarding the Presidents, world leaders and cannibalism.

45. Sawyer then used the VIPR teams and threats of murder to make sure Erickson and Plaintiff would not appear at the federal courthouse for a hearing.

### ERICKSON RETAINS ATTORNEY STEVEN S. BISS TO FILE A RICO CLAIM AGAINST SAWYER

46. In October, 2020, Erickson retained Attorney Steven S. Biss for $10,000.00 for a lawsuit regarding Tortious interference and other matters of organized harassment against her Family's business. In 2021, Sawyer, Hamer, Picazio, and Ashley Cooper, conspired to simultaneously file Restraining Orders against Erickson and/or Plaintiff in Minnesota State District Court. By April, 2022, Biss had yet to file anything on behalf of Erickson. In April, 2022, Biss told Erickson she should expand her case into a civil RICO action against Sawyer, Picazio, Hamer, Goddard, Page, Ashley Cooper, and others for "Extortion". Biss told Erickson that Plaintiff should join Erickson's suit because the predicate act of extortion against Plaintiff had been easily met. Erickson paid Biss another $20,000.00 and proceeded with the RICO. Erickson repeatedly addressed the existing federal case Erickson v. Sawyer - O:21-CV-02536 – Minnesota with Biss. Biss told Erickson 'don't worry about it'. Biss said the RICO case he was filing would pre-empt and absorb Sawyer's actions in that ongoing case. When Erickson received documents from Sawyer's attorney Brendan Tupa regarding Erickson v. Sawyer, Erickson referred Attorney Tupa to Attorney Biss.

### ATTORNEY BISS TELLS ERICKSON TO TELL PLAINTIFF TO STOP WRITING ABOUT MICHAEL FLYNN

47. On October 19, 2022, Biss told Erickson to advise Plaintiff to stop writing about "Michael Flynn" because, Biss said, Michael Flynn and his family are Biss' clients. Erickson had already asked Biss, upon retaining him, if there was any conflict of interest regarding Flynn. Biss told Erickson there was no conflict.

48. The issue of Biss representing Michael Flynn and the Flynn family was/is highly problematic because retired Admiral Charles William Moore had used a V4CR account to contact Plaintiff and tell Plaintiff to cease his reporting. Moore cited his close relationship with General Flynn in the message to emphasize his power and position.

23

49. Erickson continued to try to contact Biss regarding the Erickson v. Sawyer case. Biss ghosted Erickson out. At the proverbial last second, he finally responded and told Erickson she had to handle it herself. As of the date of this filing Biss has not filed anything for Erickson.

### PLAINTIFF CONTACTS DONALD TRUMP REGARDING STRANGE ACTIVITY BY ATTORNEY BISS REGARDING MICHAEL FLYNN AND TOP SECRET DOCUMENTS OF NATIONAL SECURITY

50. On October 20, 2022, Plaintiff contacted Donald J. Trump via his attorney Lindsey Halligan. Plaintiff expressed concerns relating to the relationships between Attorney Biss, Michael Flynn, and Devin Nunes. Plaintiff advised Trump that Biss had obtained a myriad of documents from Erickson that contained highly sensitive information regarding TOP SECRET military programs, child torture, and cannibalism. Plaintiff advised Trump he (Plaintiff) was concerned because Flynn's name was in some of the affidavits that described war crimes. Plaintiff advised Trump that Biss had told Erickson to tell Plaintiff to stop writing about Michael Flynn. Plaintiff advised Trump he believed it was a matter of "National Security".

### CRAIG SAWYER ADMITS HE'S ASSISTING LAW ENFORCEMENT AND THE CARTEL TRAFFIC CHILDREN ACROSS THE U.S. BORDER

51. During Plaintiff's reporting as a War Correspondent, Plaintiff monitored Sawyer's social media accounts. Plaintiff observed Sawyer admit he was working with "law enforcement" to allow the Cartels to move kids across the U.S. Border. Sawyer was asked by a user on GAB @MJLL, "Have you or other law enforcement ever allowed the cartel to hand off the kids on the US side and track where they drop off the kids?". Sawyer logged into his GAB account @CraigSawmanSawyer and replied, "Yep. More to come on that". SEE IMAGE BELOW



**MJLL** @MJLL · 1 like · 9h

@CraigSawmanSawyer Have you or other law enforcement ever allowed the cartel to hand off the kids on the US side and track where they drop off the kids?

Like    Reply    Repost    ⋯



**Craig Sawyer** ✔ @CraigSawmanSawyer ✐ · 8h

@MJLL Yep. More to come on that.

Like    Reply    Repost    ⋯

24

**FBI BOB HAMER IS AN AGENT OF THE CHINESE GOVERNMENT**

52. Plaintiff was threatened with kidnap by V4CR VIPR team member and former FBI agent Bob Hamer. Hamer stated in an interview published by Sawyer that the FBI possesses a "passport" that was created for Hamer by the "Chinese". Hamer told Sawyer in a published interview that he is a former United States Marine Corps JAG attorney who left the Marines to be an undercover pedophile for the FBI.

53. Hamer has been featured on FOX NEWS' show Hannity, as well as Oprah, and other programs. Hamer is famous because he is reported to have infiltrated the North America Man Love Boy Association (NAMBLA).

*ATTORNEY KIM LOWRY PICAZIO, CRAIG SAWYER, ALEXANDRIA GODDARD, LEVI PAGE, AND V4CR CONDUCT PSYCHOLOGICAL OPERATIONS AGAINST THE AMERICAN PEOPLE*

54. Attorney Kim Lowry Picazio ("Picazio") acts as an operative, media agent, and liaison for the U.S. Department of Justice, U.S. Attorney's Office, and FBI.

55. Picazio is an operating associate of Sawyer. Sawyer is also an operative of the FBI per the logos he published.

56. Sawyer was a contract agent for the CIA and used the CIA and FBI logos in his advertising and mission statement material that announced who his VIPR teams were working with.

57. On August 7, 2018, Picazio communicated via Twitter with Sawyer and discussed their mutual target, which is Plaintiff. Picazio told Sawyer that Plaintiff was "under investigation" by the "FBI". "They actually called me and came to my office to obtain copies of my files on him," Picazio said. SEE IMAGE BELOW



58. At the time Picazio and Sawyer were communicating about Plaintiff in 2018, Picazio was actively partnering in the private with the City of East Grand Forks, Minnesota, and the State of Minnesota, to prosecute Plaintiff for talking about Picazio online. Picazio and the State of Minnesota were doing an illegal end-run around the federal courts, and ignoring Minnesota State Statutes, in order to privately arrest and prosecute Plaintiff for violating an **Injunction For Protection Against Repeat Violence** that Picazio obtained against Plaintiff in a Broward County Family Court in 2011. SEE IMAGE BELOW

IN THE CIRCUIT COURT OF THE ___SEVENTEENTH___ JUDICIAL CIRCUIT,
IN AND FOR ___BROWARD___ COUNTY, FLORIDA

Case No.: _l l - 5 9 l 9_
Division: _5 9_

_Kim L. Picazio_,
                    Petitioner,

and

_Timothy C. Helmseth_
                    Respondent.

THE RESPONDENT SHALL
NOT "POST" ON THE INTERNET
REGARDING THE PETITIONER

## FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST
## REPEAT VIOLENCE (AFTER NOTICE)

The Petition for Injunction for Protection Against Repeat Violence under section 784.046,
Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction
of the parties and the subject matter. The term "Petitioner" as used in this injunction includes the
person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. § 2265 and
therefore intended that it be accorded full faith and credit by the court of another state or
Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

### SECTION I.    HEARING

This cause came before the Court for a hearing to determine whether an Injunction for
Protection Against Repeat Violence in this case should be (✓) issued ( ) modified ( )
extended.

The hearing was attended by ( ✓ ) Petitioner          ( ) Respondent
                              ( ) Petitioner's Counsel    ( ) Respondent's Counsel

### SECTION II.    FINDINGS

On *(date)* _____, a notice of this hearing was served on Respondent together
with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was
within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

After hearing the testimony of each party present and of any witnesses, or upon consent of
Respondent, the Court finds, based on the specific facts of this case, that Petitioner is a victim of
repeat violence.

Florida Supreme Court Approved Family Law Form 12.980(f), Final Judgment of Injunction for Protection Against Repeat Violence (After Notice) (03/04)

_____ ; or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often: _____

_____

_____

[Initial if applies; write N/A if not applicable]

b. Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

c. Other provisions regarding contact: _____ THE RESPONDENT SHALL NOT DEFACE OR DESTROY PETITIONER'S PERSONAL PROPERTY INCLUDING BUT NOT LIMITED TO PETITIONER'S MOTOR VEHICLE.

**3. Firearms.**

[Initial all that apply; write N/A if does not apply]

a. Respondent shall not use or possess a firearm or ammunition.

b. Respondent shall surrender any firearms and ammunition in the Respondent's possession to the _____ County Sheriff's Department.

c. Other directives relating to firearms and ammunition:_____ RESPONDENT SHALL SURRENDE CONCEALED WEAPON PERMITS O LICENSES TO LAW ENFORCEME

**4. Mailing Address.** Respondent shall notify the Clerk of the Court of any change in his or her mailing address within 10 days of the change. All further papers (excluding pleadings requiring personal service) shall be served by mail to Respondent's last known address. Such service by mail shall be complete upon mailing. Rule 12.080, Fla.Fam.L.R.P., section 784.046, Florida Statutes.

**5.** Additional order(s) necessary to protect Petitioner from repeat violence: _____

_____

_____

_____

_____

_____

_____

_____

**SECTION IV. OTHER SPECIAL PROVISIONS**

*(This section to be used for inclusion of local provisions approved by the chief judge as provided in Florida Family Law Rule 12.610.)*

Florida Supreme Court Approved Family Law Form 12.980(j), Final Judgment of Injunction for Protection Against Repeat Violence (After Notice) (03/04)

Case 3:22-cv-00912   Document 14   Filed 01/19/23   Page 28 of 58 PageID #: 359

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.: _11-5919_

Kim L. Picazio

~~Plaintiff,~~ Petitioner

vs.

Timothy C. Holmseth
~~Defendant:~~ Respondent

Amended
ORDER

THIS CAUSE was considered by the Court on the following Motion(s): Petition for
Injunction for Protection Against Repeat
Violence (After Notice)

HEARING was held on ___09/19/2011___

THE COURT having considered the grounds for the ~~Motion,~~ taken testimony, heard argument and considered the
applicable law, it is FOUND. Petition

ORDERED AND ADJUDGED as follows:

The Respondent shall not make any direct or indirect
reference about the Petitioner on the internet or by use
of electronic communication. The Respondent shall remove
all books, writings, videos, photos, recording and/or materials
currently published on the internet about the
Petitioner forthwith.

DONE AND ORDERED in Broward County, Florida on 09/19/2011

CIRCUIT COURT JUDGE
Michael G. Kaplan

Copies furnished:   ☐ In Open Court
                    ☐ By Mail

BC 118 (Rev 2/07)

59. In 2011, Picazio attempted to have Plaintiff arrested and charged by the State of Florida, but the Broward County States Attorney flatly rejected the request and issued a MEMO that declared the Order could not and would not be prosecuted because Plaintiff and Picazio did not have a domestic relationship as required by Florida law. SEE IMAGE BELOW





MICHAEL J. SATZ
STATE ATTORNEY
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 SE 6TH STREET
FORT LAUDERDALE, FLORIDA 33301-3360
PHONE: (954) 831-6890

## MEMORANDUM

**To:** Broward County Clerk of Court
Domestic Violence Division

**From:** Marie Wolf, Esq

**Date:** Monday, September 19, 2011

**Re:** KIM PICAZIO v TIMOTHY HOLMSETH

**Case #** DVCE 11-5919

**Violation Date:** September 12 & 13, 2011

My name is MARIE E WOLF. I am the Assistant State Attorney assigned to make a decision whether to file criminal charges against Respondent for a violation of Injunction for Protection Against REPEAT / SEXUAL / DATING Violence, based on an Affidavit of Violation completed by the Petitioner on September 14, 2011. This injunction was entered pursuant to Fla. Stat. 784.046 and *not* the Domestic Violence Statute 741.30. The Affidavit was incorrectly submitted to the Domestic Violence Unit of the Office of the State Attorney as the parties do not maintain a domestic relationship as defined in Fla. Stat. 741.28(2). As such, the Affidavit was forwarded to the Misdemeanor Trial Unit.

Note too Fla. Stat. 784.047, which governs violations of injunction of this type, does not require the Affidavits of Violation of Repeat/Dating/Sexual Violence Injunctions to be forwarded to the Office of the State Attorney for review of possible criminal charges. If forwarded for review, however, our office is not required to send an additional memo advising of the filing decision. If a memo is nonetheless desired, please contact Centre for the Misdemeanor Trial Unit at ext 8475

Cc     Court File
Valerie Hoffman, Senior Program Specialist DVU
HONORABLE JUDGE MICHAEL KAPLAN

---

60. The Florida Order was a hoax perpetuated by Picazio and Attorney David Di Pietro ("Di Pietro"), along with Picazio's longtime colleague Michael G. Kaplan ("Kaplan").

61. Because the State of Florida categorically stated no domestic relationship between Picazio and Plaintiff existed, and Picazio attempted to use the Family Court Order to arrest Plaintiff, it can only be construed that Picazio and her network of associates were attempting to human traffic Plaintiff under Color of Law.

62. Sawyer and Picazio continued to communicate and plan to extort Plaintiff and violate his Constitutional rights. Sawyer and Picazio used the spectacle they created about Plaintiff and the manufactured 'crimes' and 'court hearings' as a tool in a psychological operation and disinformation campaign against the interests of the American public.

***TIER ONE OPERATIONS ON AMERICAN SOIL AGAINST PLAINTIFF***

63. As part of the Tier One Operation, Sawyer and Picazio worked in tandem with Levi Henry Page IV ("Page") and Alexandria Hannelore Goddard ("Goddard") to saturate the Web and social media with false allegations about Plaintiff. Page runs a media operation from his home in Dover, Tennessee. Page and Goddard hosted a You Tube show called Crime and Scandal where they described Plaintiff as a psychopath and **pedophile**. Page and Goddard used many forms of social media to slander, defame, and libel Plaintiff. Goddard posted false information on Twitter and declared to the public that Plaintiff and his escrow agent Randi Lynn Erickson ("Erickson") are **domestic terrorists**. The Defendants weaved and endless stream of messages pushing a theme that Plaintiff and Erickson are **domestic terrorists**.

## Promoted Tweet



**Levi Page** @LeviPageTV · 18h

A supporter for pedophile Timothy Holmseth is calling for violence and death on innocent people. @TwitterSupport why is this allowed?

> **Roy Heim** @RoyHeim1 · 13 Dec
>
> Replying to @FREEDPeacock10
>
> Him AND Kim Picazio both in adjacent cells being "tortured" 24 hrs. a day by Field McConnell / Timothy Holmseth Holograms relentlessly "channeling" Ricky Gervais as they await their continually delayed executions would sure be nice !! ... "Let's see what happens" .. 😊 🖤

♡ 1          ⟲ 2          ♡ 3          ↑



🎩 👀 **Twisted Tea is my thang** @prinniedidit · 7m

[youtu.be/U3GEIqYg1RQ](youtu.be/U3GEIqYg1RQ)

Timothy Charles Holmseth and Randy Lyn Erickson are DOMESTIC TERRORISTS whose dangerous hate speech has radicalized and caused right wing extremists to engage in felony activity.
#HOLMSETHGATE #PPTF #DOMESTICTERRORISTS #RIGHTWINGNUTJOBS #RANDIERICKSON

> 
>
> 🌐 **Task Force** @TaskFor26668668 · 23m
>
> Replying to @MusicQanon @prinniedidit and 8 others
>
> LMFAO..  do you think the military is going to hand over this country to that traitor..  #UKRAINE..  #PICAZIOGATE ..  bigger than most can imagine..  LMFAO



🎩 👀 **Twisted Tea is my thang** @prinniedidit · 28m

Replying to @PostsCommand and @TaskFor26668668
youtu.be/U3GEIqYg1RQ

Timothy Charles Holmseth radicalized the Nashville bomber.



TimmyTerrorTime
🔗 youtube.com

 🧢 👀 **Twisted Tea is my thang** @prinniedidit · 1h

Replying to @TaskFor26668668 @MusicQanon and 7 others

youtube.com/watch?v=U3GEIq...

@FBI @MNPDNashville @DHSgov

Timothy Charles Holmseth and Randi Lyn Erickson are domestic terrorists who have radicalized unwell individuals who have committed numerous felonies and are likely connected to the #nashvillebombing via their extremist teachings

 TimmyTerrorTime

🔗 youtube.com

🗨 1          ⟲          ♡ 2          ⬆

64. On May 9, 2020, Page logged into a chat room discussion during a You Tube Live by William Kevin Murtaugh ("Murtaugh"), From The Desk of Murtwitnessonelive, and stated his objective was to force Plaintiff to remove **all of his websites**.

 firemanjohn628  Everybody social distances from Timmy due to the smell 😂 😂 😂 😫 😫  😫

Rebecca Anne 1965  lol                                                    

Levi Page  I will never stop until he deletes all of his websites and issues a retraction.

65. Murtaugh is an operative and agent of the FBI and immediate associate of Picazio, Page, and Goddard. Murtaugh emphasizes his agency with the FBI and CIA by wearing logos of those agencies on his person during his news reporting. SEE IMAGE COLLAGE BELOW

33



66. As part of the Tier One Operation by V4CR the Defendants created and published WANTED/REWARD posters featuring Plaintiff, and Plaintiff's escrow agent Randi Lynn Erickson. Defendants spread the posters all over the world. SEE IMAGES BELOW

34

⊼ Pinned Tweet



**MURTWITNESSONE** @MURTWITNESSONE · 1h          ⌄

# $5,000 REWARD

FOR INFORMATION LEADING TO THE ARREST OF

## TIMOTHY CHARLES HOLMSETH



🗨          ↻ 1          ♡ 1          ⬆

67. Sawyer published the WANTED/REWARD poster on the website for his company Tactical Insider www.tacticalinsider.com, which can be found using active links on www.vets4childrescue.org.



***KIM PICAZIO PLANS TIER ONE OPERATIONS WITH THE DOJ, FBI, AND U.S. ATTORNEY***

68. On August 20, 2019, Picazio traveled to Washington DC to meet with the Office of United States Attorney under AG General William Barr, a U.S. Attorney, and the FBI, to report Holmseth is part of a "group" of "conspiracy theorists" "who pose a danger to the justice system and our country". SEE IMAGE BELOW

Log in     Sign up

 **Kim Picazio** @Kim_Picazio · Aug 21      ⌄
Great meeting today on the issue of fringe
domestic terrorist groups living amongst us.
Things are in the works to crack down on
conspiracy theorists who pose a danger to
the justice system and our country.



♡ 3        ⊓⊔ 2        ♡ 9        ⊥

 **Kim Picazio** @Kim_Picazio · Aug 20      ⌄
Beautiful sunset overlooking the Potomac at
the Watergate Hotel in DC.



69. After Picazio met with the federal agents in August of 2019, she acted as a media agent of the
Federal Bureau of Investigation (FBI) and U.S. Attorney's Office when she went on Twitter and
declared Plaintiff, and Plaintiff's law counselor Kirk L. Pendergrass, were domestic terrorists.

37

70. Picazio, Goddard, Page, and others were strategically declaring Plaintiff, Erickson, and Pendergrass are "**domestic terrorists**" because V4CR is running Tier One Operations that utilizes DEVGRU and SEAL TEAM 6 for "counter terrorism".

71. In the image below you will see on August 28, 2019, Picazio announce Plaintiff's Power of Attorney and lawful counselor Kirk Pendergrass is a "domestic terrorist". "He's a danger to our justice system,' Picazio said.



**Kim Picazio** @Kim. Picazio · 28 Aug 2019
Kirk Pendergrass is a sovereign citizen instructor. He's a domestic terrorist according to the FBI. FACT. He misinterpret and bastardizes our US Constitution like no one I've ever seen. He's a danger to our our justice system and the rule of law. Stay far away from him.

72. In the image below you will see on August 28, 2019, Picazio said she talked about Plaintiff during meetings in DC with the FBI, U.S. Attorneys, and others.

♡ 1    ⬐ 1    ♡ 2



**Kim Picazio** @Kim. Picazio · 28 Aug 2019
He is not being protected by any task force. This is a lie. I have confirmed this in meetings in DC, with the FBI, the US Attny office, and others. He has active warrants in 2 states. He needs to turn himself in, like a man, and have his day in court.

73. Picazio was targeting Plaintiff because in 2009, Plaintiff reported suspicious activity involving Picazio to the FBI. Plaintiff told the FBI during interviews in 2010 that Picazio's law office staff and searchers said Picazio was working with a sex-offender pastor named John Regan who told searchers for a missing child named HaLeigh Cummings that he was an undercover pedophile for the FBI and CIA. Picazio's staffer Wayanne Kruger said Picazio and her husband Michael James Picazio ran an international child trafficking operation through the Ukraine Embassy in Washington DC with John Regan.

# UNDERCOVER PEDOPHILE FOR THE FBI



Bob Hamer –Undercover
Pedophile for the FBI – Board
of Advisors for Veterans For
Child Rescue



John Regan – Undercover Pedophile
for the FBI – HaLeigh Cummings
Kidnapping Investigation

74. While Picazio announced she met with federal agents at a meeting in DC on August 21, 2019, she was a witness in multiple Misdemeanor cases filed by the State of Minnesota against Plaintiff, and was scheduled to testify at a Jury Trial in Polk County, Minnesota against Plaintiff on August 26, 2019. Plaintiff was charged with violating Minnesota State Statute 609;748 Harassment; Restraining Order, as well as Contempt of Court.

75. Plaintiff did not appear for the hearing, and subsequent Jury Trial, both scheduled on August 26, 2019 in Polk County, Minnesota. The State of Minnesota then issued a bench warrant for Plaintiff. SEE IMAGE BELOW

39

↻ Verigo Kennedy Retweeted



**Levi Page** @LeviPageTV · Jul 29                                    ...

ATTN @GiveSendGo The man behind this campaign: givesendgo.com
/TIMOTHYCHARLES... Timothy Holmseth, is a WANTED fugitive on the run.
He harasses and stalks people. There is an active warrant for his arrest in
MN for contempt of court & harassment. He's raising funds to evade law
enforcement



| Degree | Statute | Offense | Age |
|---|---|---|---|
| Misdemeanor | 588.20 2(4) | Contempt of Court - Wilful Disobedience to Court Mandate | MN060X |
| Misdemeanor | 609.748 6( b) | Harassment; Restraining Order - Violate and knows of temporary or restraining order | MN0600 |

FF OF POLK COUNTY or any other person authorized by law to execute this warr

laint filed with this court establishes probable cause that the defendant commi
2019, the defendant failed to obey the order/summons of the court to appear fo
dant has failed to comply with conditions of .
vacates and annuls the STAY OF EXECUTION/IMPOSITION OF SENTENC
Minnesota only.

♡ 2                         ↻ 14                         ♡ 21                         ↑

76. On August 28, 2019, Picazio logged into Twitter and began to provide details about her meetings
in DC with federal agents. Picazio said she had spoken to the FBI, U.S. Attorney's Office, and
others about Plaintiff, as well as Plaintiff's 'legal assistance of counsel' Kirk Pendergrass.

77. Picazio said in her Tweet, where she talked about her meetings with federal agents, that Plaintiff
has "active warrants in 2 states".

78. Pendergrass had Power of Attorney for Plaintiff, and was counseling Plaintiff that the State of
Minnesota and Picazio were violating Plaintiff's rights guaranteed by the Constitution of the
United States of America. Pendergrass explained to Plaintiff that Plaintiff's right to Due Process,
as well as Plaintiff's First Amendment right and Second Amendment right, was being violated.
Plaintiff also used Randi Lynn Erickson to serve the Polk County Sheriff's Office with a Cease and
Desist drafted by Christopher E. Hallett, E~Clause LLC., on the grounds the State of Minnesota
was violating the Hobbs Act.

79. Picazio said on Twitter that Pendergrass "misinterpret[s]" and bastardizes our US Constitution" and called Pendergrass a "domestic terrorist". Picazio said, "He's a danger to our justice system and the rule of law".

80. Picazio's assertions that Plaintiff was part of a "group" that posed a "danger" to the "judicial system" and "country" echoed an FBI Intelligence Bulletin drafted October 1, 2018, which was released to the public on May 30, 2019. SEE IMAGE BELOW

41



FEDERAL BUREAU OF INVESTIGATION
INTELLIGENCE BULLETIN

FBI Phoenix Field Office
30 May 2019

## (U//LES) Anti-Government, Identity Based, and Fringe Political Conspiracy Theories Very Likely Motivate Some Domestic Extremists to Commit Criminal, Sometimes Violent Activity

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of the Federal Bureau of Investigation and may be distributed within the federal government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network without first obtaining FBI approval.

(U) Domestic extremists employ a number of indicators, some of which may be criminal and others which may constitute the exercise of rights guaranteed by the First Amendment of the US Constitution. The FBI is prohibited from engaging in investigative activity for the sole purpose of monitoring the exercise of constitutional rights.

(U//FOUO) The FBI assesses anti-government, identity based, and fringe political conspiracy theories[a, b] very likely[c] motivate some domestic extremists, wholly or in part, to commit criminal and sometimes violent activity. The FBI further assesses in some cases these conspiracy theories very likely encourage the targeting of specific people, places, and organizations, thereby increasing the likelihood of violence against these targets. These assessments are made with high confidence,[d] based on information from other law enforcement agencies, open source information, court documents, human sources with varying degrees of access and corroboration, and FBI investigations.

(U//FOUO) One key assumption driving these assessments is that certain conspiracy theory narratives tacitly support or legitimize violent action. The FBI also assumes some, but not all individuals or domestic extremists who hold such beliefs will act on them. The FBI assesses these conspiracy theories very likely will emerge, spread, and evolve in the modern information marketplace, occasionally driving both groups and individual extremists to carry out criminal or violent acts. Indicators that may lead to revised judgements or cause a change in the confidence level associated with this assessment include a lack of conspiracy theory-driven criminal or violent activity in the near to long term or significant efforts by major social media companies and websites to remove, regulate, or counter potentially harmful conspiratorial content.

---

[a] (U) See Appendix A: Defining Conspiracy Theories.
[b] (U) For an explanation of these terms and a description of all conspiracy theories referenced in this intelligence bulletin, see Appendix B: Prominent Anti-Government, Identity Based, and Fringe Political Conspiracy Theories.
[c] (U) See Appendix C: Expressions of Likelihood.
[d] (U) See Appendix D: Confidence in Assessments and Judgments Based on a Body of Information.

FY19 Intelligence Bulletin
Template Effective 10-1-2018

81. The Jury Trial that Picazio was discussing with federal agents was scheduled because Plaintiff was/is alleged to have violated an "Order For Protection Against Repeat Violence" issued against Plaintiff in 2011 by a Family Court judge named Michael G. Kaplan in Broward County, Florida.

Case 3:22-cv-00912   Document 14   Filed 01/19/23   Page 42 of 58 PageID #: 373

82. In 2011, Picazio stated in Family Court documents that she reported Plaintiff to the **FBI** for committing repeat violence against her. SEE IMAGE BELOW

7. **Additional Information**
[√ all that apply]

___√___ a. Respondent owns, has, and/or is known to have guns or other weapons.
Describe weapon(s):  unknown .

___√___ b. This or prior acts of repeat violence have been previously reported to: *(person or agency)*
East Grand Forks PD, MN ; BSO; Ft. Lauderdale PD, FDLE, FBI , Putnam County Sheriff's Office .

**SECTION IV. INJUNCTION** (This section must be completed.)

Florida Supreme Court Approved Family Law Form 12.980(f), Petition for Injunction for Protection Against Repeat Violence (03/04)

83. The legal situation between Picazio and Plaintiff that emerged in 2011 had ABSOLUTELY NOTHING to do with violence between Picazio and Plaintiff (who had NEVER MET). The situation was created because Plaintiff reported information to the Minneapolis FBI about an FBI agent named John Regan who was dressing as a pastor and working on Picazio's legal team that was searching for a missing child named HaLeigh Cummings. John Regan told searchers he was "undercover" with the "FBI" and "CIA" and was an "undercover pedophile for the FBI". Plaintiff was told Picazio and her husband Michael James Picazio were working with FBI/CIA agent John Regan to traffic children on the international black market through the Ukrainian Embassy in Washington DC. Plaintiff authored and published a bound book called "In Re: HaLeigh Cummings (The Shocking Truth Revealed)" that featured a picture of the mysterious FBI agent. Picazio's mission was to stop the information Plaintiff was publishing. To achieve her goal she conspired with Attorney David Di Pietro ("Di Pietro") to file for a domestic violence protection order.

84. When Picazio Petitioned for the Protection Order against Plaintiff, Plaintiff was not able to defend himself or cross examine any witnesses, including the FBI agent(s) with whom Picazio communicated with, because Picazio's private investigator William E. Staubs, Case Closed Inc., Florida, telephoned Plaintiff and told him not to show up for the court hearing in Broward County because Picazio's "Mob boys" would murder Plaintiff and throw him in a swamp to the alligators. Staubs provided a sworn Affidavit and threat assessment swearing to his statement. Plaintiff did not attend the hearing that was held geographically on the other side of the country and Kaplan rejected Plaintiff's request to appear by telephone.

85. The Protection Order required Plaintiff turn over all of his firearms and ammunition to the Broward County Sheriff's Office. The Order further stated Plaintiff was forbidden from selling his book, and forbid Plaintiff from ever referring to Picazio, albeit directly or in-directly, by means of electronic communications, for the rest of his life.

43

86. Picazio was scheduled to testify on August 26, 2019 against Plaintiff during a trial in Polk County, Minnesota. Picazio was being called by the Prosecutor for the State of Minnesota, Ronald I. Galstad, who was the city attorney for the City of East Grand Forks, Minnesota. Plaintiff was accused of violating the Florida court order and Picazio was going to testify against Plaintiff. Plaintiff was accused of making a reference to Picazio online, which the State of Minnesota was alleging to be a 'crime'.

### PLAINTIFF IS BEING TARGETED WITH TIER ONE OPERATIONS BECAUSE HE REPORTED ABOUT BLACK MARKET BABY SALES THROUGH THE UKRAINIAN EMBASSY IN WASHINGTON DC

87. Plaintiff and Picazio had never personally met in their life. The reason Plaintiff and Picazio knew each other at all was because in 2009 Plaintiff telephonically interviewed Picazio regarding the kidnapping of five year-old HaLeigh Cummings. The interviews were recorded by Plaintiff. Picazio became angry at Plaintiff after Plaintiff reported negative things that Picazio's staff said about her. Picazio's staff said she possessed child pornography of five year-old HaLeigh Cummings. **Picazio's staff implicated Picazio and her husband Michael James Picazio as operating an international black market baby sales operation with the "FBI" and "CIA" through the Ukrainian Embassy in Washington DC.** Because of Plaintiff's reporting, Picazio sought to silence Plaintiff with a 'domestic violence protection order' which utilizes a process that bypasses the U.S. Constitution.

88. Determined to stop Plaintiff's news reporting, the City of East Grand Forks, and the State of Minnesota, and Picazio, deliberately by-passed the federal court process that was legally required, as well as violated a Minnesota State Statute that required a foreign order be filed with the Minnesota Attorney General with an affidavit. The State of Minnesota partnered with Picazio in private, and arranged for the State of Minnesota to become a victim-by-proxy for Picazio. Because the State of Florida rejected the fraudulent filing by Picazio, the Corporation of the State of Minnesota stepped in and made itself the victim of a crime by Plaintiff, and then made Picazio a witness to the crime.

89. It is important to point out that while all of this happened, Picazio was meeting with the FBI, DOJ, U.S. Attorneys, and others, and issuing statements on the Web about those meetings and stating Plaintiff was part of a domestic terror group.

90. The charges against Plaintiff in 2018 were not the first charges brought by the State of Minnesota. In 2011 the City of East Grand Forks and the State of Minnesota prosecuted Plaintiff for violating the Florida Order. Plaintiff was arrested for publishing something online. Plaintiff and his minor daughter were terrorized by the Minnesota Pine to Prairie Gang and Drug Task Force who stormed Plaintiff's apartment wearing bullet proof vests and seized all his devices and work computer that contained evidence of human trafficking, child exploitation, and crimes against humanity. The computer was destroyed in police custody. Plaintiff was terrorized until he accepted an Alfred Plea and agreed to remove everything he had ever posted about Picazio on the Web.

91. In 2018 the City of East Grand Forks and State of Minnesota once again began charging and arresting Plaintiff, based upon allegations he published something that violated the Florida Order. Randi Lynn Erickson ("Erickson"), Elk River, Minnesota, observed Plaintiff's Due Process and First Amendment rights were being violated. Erickson was a Truth and Taxation Judge with a Minnesota license that settled claims for the government and was familiar with the law and U.S. Constitution. Erickson secured the assistance of a corporation called E-Clause LLC, Florida, to perform an audit of Plaintiff's cases. Christopher Edward Hallett ("Hallett") [deceased/assassinated on November 15, 2020] was the CEO of E-Clause and was authorized by U.S. Congress to perform audits of the government. Plaintiff gave Power of Attorney to Hallett and his agent, Kirk Pendergrass. Plaintiff worked closely with Erickson, Hallett, and Pendergrass.

92. In 2019, Plaintiff's new associates, Erickson, Hallett, and Pendergrass, as well as a man named David Lester Straight ("Straight"), who identified himself to Plaintiff and Erickson as a "secret service" agent who protected "George Bush" and was serving on three Presidential Commissions under Donald Trump (i.e., Human Trafficking, Judicial Corruption, and Space Force) operating under Joint Special Operations Command (JSOC) were referred to as a "congressional task force" "Melania's Task Force" and the "Pentagon Pedophile Task Force". Straight called it the "Pentagon Pedophile Task Force" because Straight reported to JSOC, President Trump, and Melania Trump. Erickson paid Straight to travel to the Department of Defense headquarters and deliver human trafficking evidence that Plaintiff had accumulated as an investigative journalist. Sgt Robert Horton, former U.S. Army, special psychological operations, known as War Castles on You Tube, called the task force "Melania's Task Force".

93. When Plaintiff introduced himself to Sgt. Robert Horton during a call from Horton to Erickson, as "Timothy Holmseth", Horton replied, "THE Timothy Holmseth? The legendary?".

94. Plaintiff did not appear for the "Jury Trial" scheduled for August 26, 2019. Picazio traveled to Minnesota with her agent, Alexandria Hannelore Goddard ("Goddard") to testify at the trial. When Plaintiff did not appear for the Trial, Picazio and Goddard began to literally physically hunt for Plaintiff. Video captured by an on-looker at the Townhouse Motel in Grand Forks, North Dakota shows Picazio and Goddard went to that location looking for Plaintiff and found Pendergrass. Picazio was asking Pendergrass "where's Tim?". Pendergrass advised Picazio she was not following "due process of law". Picazio said the process she filed in Florida was the only option she had. Picazio said, "What do I have to do? Kill him?".

95. Plaintiff filed multiple reports to the FBI, and was interviewed by the Minneapolis FBI in 2010 regarding a group that was working with a convicted sex offender named "John Regan" ("Regan") from Hastings, Florida. Regan was identifying himself as an "undercover pedophile" for the "FBI" and "CIA" and was working on a legal team assembled by Picazio to search for the missing child HaLeigh Cummings.

96. On May 30, 2019 the FBI released a bulletin from the Phoenix field office entitled "(U//LES) Anti-Government, Identity Based, and Fringe Political Conspiracy Theories Very Likely Motivate Some

Domestic Extremists to Commit Criminal, Sometimes Violent Activity". The bulletin was a non-public FBI Intelligence Bulletin that was dated October 1, 2018.

### *PLAINTIFF IS ACCUSED OF BEING ASSOCIATED WITH QANON BY A MINNESOTA PROSECUTOR*

97. In September, 2018 Plaintiff filed a MOTION TO DISQUALIFY into the Polk County District Court against the city attorney in East Grand Forks, Minnesota, Ronald I. Galstad. Plaintiff's supporting Affidavit alleged Galstad was involved with "cartel operatives involved in selling babies and little kids internationally. Plaintiff alleged Galstad "has been communicating with rogue CIA operatives that created child rape pornography of a missing five year-old from Florida named HaLeigh Cummings".

98. On January 31, 2019, Plaintiff published an article that showed Galstad accused Plaintiff of being associated with QANON. SEE IMAGES BELOW

# Q – PROJECT AMBITION – Minnesota Prosecutor accuses investigative journalist Timothy Charles Holmseth of being "QANON"

⊘ January 31, 2019  ⚹ Timothy Holmseth  ⊜ AMBITION, CHILD SEX TRAFFICKING, COURTS, CRIMES AGAINST CHILDREN, DEEP STATE, HaLeigh Cummings, SHADOW GOVERNMENT  ⚉ 3



[ f Facebook ]  [ ⚹ Tweet ]  [ ⚹ Pin ]

by Timothy Charles Holmseth on January 31, 2019 at 12:26 P.M. CST

In the Brief, Galstad alleges Holmseth is 'QANON'.

Galstad told the Polk County Court that Holmseth was publishing content on *"Defendant's own website Write Into Action, You Tube, Twitter, facebook and recently QAnon which is a claimed secret conspiracy by an alleged deep state" against U.S. President Donald Trump and his supporters,"* Galstad said.



92-CR-18-419

**FACTS**

Defendant's own website, 'Write Into Action', YouTube, Twitter, facebook and recently QAnon which is a claimed secret conspiracy by an alleged "deep state" against U.S. President Donald Trump and his supporters.

The posts from Defendant continued involvement and repeated posts were harassing.

In September, 2018 Holmseth filed a MOTION TO DISQUALIFY Attorney Galstad supported by an Affidavit that details Galstad's involvement with cartel operatives involved in selling babies and little kids internationally. Holmseth alleges Galstad has been communicating with rogue CIA operatives that created child rape pornography of a missing five year-old from Florida named HaLeigh Cummings.

99. Galstad used Plaintiff's alleged connection to QANON as part of the Tier One Operation for the purpose of creating the appearance Plaintiff is part of a domestic terror group which would justify the targeting of Plaintiff by V4CR and VIPR teams working in "counter terrorism".

100.  Picazio's actions against Plaintiff were a continuation of active, coordinated, and ongoing extortion against Plaintiff, an investigative journalist, who discovered and reports upon child exploitation, human trafficking, judicial corruption, and crimes against humanity.

101.  Over the course of 13 years, Plaintiff's reporting has uncovered the activities of individuals and organizations involved in the business of human trafficking, child sexual abuse, torture, and murder.

102.  In response to Plaintiff's reporting, Plaintiff became the perpetual target of extortion and murder threats by Non-Government Organizations, private corporations, secret societies, members of the BAR Association, foreign military, as well as Navy SEALS and Special Forces who were trained by the U.S. Military.

103.  Acting in concert, the Defendants conspired to weave and publish a wholly false narrative that Plaintiff is a psychotic, mentally deranged, "pedophile", whose reporting should

48

not be trusted. The narrative and lies were used as a weapon to punish Plaintiff for reporting and publishing information. The extortion against Plaintiff eventually evolved into threats of kidnap, torture, rape, and murder.

### *PLAINTIFF IS UNWITTINGLY GRAFTED INTO A COUP BY RETIRED GENERAL MICHAEL FLYNN, ATTORNEY LIN WOOD, AND DAVID LESTER STRAIGHT, TO OVERTHROW THE UNITED STATES GOVERNMENT WITHOUT PLAINTIFF'S KNOWLEDGE*

104.      In 2020 a group of individuals including retired General Michael Flynn, Attorney Sidney Powell, Patrick Byrne, former Navy SEAL David Hancock, former Navy SEAL Jeff Wobig, and a host of others, congregated at the South Carolina plantation called Tomotely which is owned by Attorney Lin Wood. The purpose of the congregation was to plan Tier One Operations and orchestrate events connected to January 6, 2021 in Washington DC.

105.      On January 4, 2021, Attorney Lin Wood, South Carolina, launched the most famous Tweet storm in world history. Wood tweeted that high level government leaders were raping and murdering children. Wood's first tweet of the Storm was tweeted to President Donald Trump, and featured a link to a MEMO authored by Plaintiff wherein Plaintiff warned President Donald Trump about the dangers of Vice President Michael Pence and an international human harvesting operation involving an FBI agent named John Regan.

49

1





**Lin Wood** @LinWood · 10h
As background to tweets I am about to post, you should read this article carefully. I ask that you read each of my tweets carefully & decide if the information conveyed demands that Patriots rise up so that every lie will be revealed.
@realDonaldTrump



Memo warns Attorney General Jeff Sessions of VP Pence and Florida Att .,
by Timothy Charles Holmseth on December 20, 2017 2:01 P.M. CST The
following letter was placed in the U.S. Mail today: Timothy Charles .,
timothycharlesholmseth.wordpress.com

106.     In response to Wood's tweet naming Plaintiff as a reliable source of information, Sawyer contacted Wood via Twitter, and told Wood to denounce Plaintiff.

 **Justin Walsh** @JustinWalsh33 · 7h                                    ⚬⚬⚬
Replying to @LLinWood and @realDonaldTrump
I believe you Lin but Holmseth is a wacko



# TIMOTHY CHARLES HOLMSETH

## DOB: 6/17/1968

## Booking #: 1800390

◯ 1                    ↱                    ♡ 1                    ⬆

 **Craig "Sawman" Sawyer** 🏴 @CraigRSawyer · 1h                ⚬⚬⚬
Yep. Holmseth = Fraud

Lin, please vet this garbage Holmseth as a source & remove him from your list.

We can factually demonstrate RIGHT NOW that Holmseth id a convicted felon & criminal stalker who survives only by peddling disinfo for clicks & attention. Possible Soros shill

◯                    ↱ 1                    ♡ 1                    ⬆

 **Craig "Sawman" Sawyer** 🏴 @CraigRSawyer · 1h                ⚬⚬⚬
Replying to @LLinWood and @realDonaldTrump
Lin, you're a good man. Ask Jeff Woebig about this. You need to know Timothy Charles Holmseth is a notorious fraud who peddles ridiculous disinfo for clicks & attention. He's insane & is a convicted FELONY stalker w at least 2 more warrants. Please vet your sources. Timmy = Fake.

⚬⚬⚬

# tipline: 202-599-5515

◯ 1.2K    ⇄ 9.2K    ♡ 36K

 **Lin Wood** @LLinWood · Jan 4   ⌄
I have spoken with @CraigRSawyer & have had 2 friends vouch for him & his work. I do not know Timothy. I have to leave the debate at that status. I tweeted the article after I received the link from a trusted friend. I have been transparent as to my use of the article. Thanks.

> **TheUniverseSings** @Universe_Sings
> Replying to @LLinWood @CraigRSawyer
>
> Hmmm...Lin, this is the first time I've questioned you. Watch out for the wolves in sheep's clothing. You trust Sawyer, just because he says you should? What 'evidence' do you have to prove he's on the right side of things? And Timothy Holmseth, isn't?

◯ 740    ⇄ 4.0K    ♡ 16K

 **Lin Wood** @LLinWood · Jan 4   ⌄
Thank you, Craig @CraigRSawyer. You are a great man doing God's work to protect innocent children being victimized. I know your superb reputation from several sources. In posting a tweet forwarded by a trusted friend, I did not intend to vouch for Holmseth. I just posted article.

>  **Craig "Sawman" Sawyer** 🏴 @CraigRSawyer
> Replying to @LLinWood @realDonaldTrump
>
> Lin, you're a good man. Ask Jeff Woebig about this. You need to know Timothy Charles Holmseth is a notorious fraud who peddles ridiculous disinfo for clicks & attention. He's insane & is a convicted FELONY stalker w at least...

◯ 979    ⇄ 5.3K    ♡ 17K

 **Lin Wood** @LLinWood · Jan 4   ⌄
Interesting . . .



107.     In the days before the events of January 6, 2021, that occurred in Washington DC, that involved mass chaos around the U.S. Capitol, Plaintiff was contacted by David Lester Straight. Straight told Plaintiff he was meeting Attorney Lin Wood in Washington DC on January 6, 2021. Straight asked Plaintiff if he could give Wood a copy of Plaintiff's book.

108.     Wood told Plaintiff he was working with "three groups". Straight said he drafted indictments for Congress and VP Michael Pence, and "served" them through an insider staff member to President Trump. Straight said they were going to arrest members of Congress, have a trial, and "hang them".

109.     Plaintiff has filed complaints to the U.S. Secret Service, Department of Homeland Security, FBI, U.S. Border Patrol, Fort Campbell Military Base (Criminal Investigation Division), and other agencies.

## COUNT 1 – RICO

110.     Plaintiff restates paragraphs 1 through 109 of this Complaint and incorporates them herein by reference.

111.     The Plaintiff has been injured in his business, property, and reputation by reason Defendants' multiple violations of Title 18 U.S.C. 1962, described above. He has lost income and profits from the publication of his book. The Defendants' actions proximately caused Plaintiff's loss. The Defendants have engaged in at least two acts of racketeering activity (extortion), on of which occurred after the effective date of Part 1, Chapter 96 of Title 18 of the United States Code and the last of which occurred within ten years after of the commission of a prior act of racketeering activity. The Defendants have operated or managed an enterprise through a pattern of racketeering for many years. They continue to engage in related racketeering activity, the direct purpose of which is to coerce and extort Plaintiff and to prevent him from Publishing journalism content. The nature of Defendants' racketeering activity (including the severity and persistence of the extortion), its continuity (over many years), its relatedness (same agents, same purpose, same *modus operandi* and methods of commission), and its sheer breadth (worldwide using all forms of social media), is such that there is a threat that it will continue indefinitely and be repeated in the future. Defendants' past misconduct, including the aggressive scheme of extortion and smear campaigns undertaken against Plaintiff, by its nature projects into the future with the threat of repetition.

112.     As a direct and proximate cause of Defendants' violations of Title 18 U.S.C. 1962(a-c), Plaintiff suffered injury and loss.

113.     In accordance with 18 U.S.C. 1964(c), Plaintiff seeks threefold the damages he has sustained.

## COUNT II – RICO CONSPIRACY

114.     Plaintiff restates paragraphs 1-113 of this Complaint and incorporates them herein by reference.

115.     Beginning in or about 2009 and continuing through the present, Defendants combined, associated, agreed or acted in concert together with others, for the express purpose of injuring Plaintiff through a pattern of racketeering activity and acts of racketeering in violation of Title 18 U.S.C.

54

116.    Defendants acted intentionally, purposely, without lawful justification, and with the express knowledge that they were injuring Plaintiff's business and reputation.

117.    As a direct and proximate cause of Defendants' violations of Title 18 U.S.C. 1962(d), Plaintiff suffered injury and loss.

118.    In accordance with 18 U.S.C. 1964(c), Plaintiff seeks threefold the damages he has sustained and the cost of this suit.

### COUNT III – COMMON LAW CONSPIRACY

119.    Plaintiff restates paragraphs 1 through 118 of this Complaint and incorporates them herein by reference.

120.    The Defendants' actions, detailed above, constitute a conspiracy at common law.

121.    As a direct of the Defendant's' willful misconduct, Plaintiff suffered damage and incurred loss, including, but not limited to, injury to his business and reputation, court costs, and other damages.

### COUNT IV - DEFAMATION

122.    Plaintiff restates paragraphs 1 through 121 of this Complaint, and incorporates them herein by reference.

123.    Beginning in 2020, Defendants and their agents and co-conspirators made, published and republished false factual statements of or concerning Plaintiff. The Defendants published the false statements without privilege of any kind.

124.    The Defendants' statements are materially false. For instance, Plaintiff is not a "pedophile" and has never committed the other crimes Defendants and their agents accused Plaintiff of committing.

125.    The Defendants' statements are defamatory *per se*. The statements subject Plaintiff to hatred, distrust, ridicule, contempt, or disgrace. The statements impute to the Plaintiff the commission of state and federal crimes; unfitness to perform the duties of an office of any employment; and they prejudice Plaintiff in his profession.

126.    The Defendants' false statements are neither fair nor accurate.

127.    By publishing the statements on the Internet *and* republishing via social media, Defendants knew or should have known that the false statements would be republished over

and over by third parties to Plaintiff's detriment. Republication by Defendants' agents and by followers, subscribers, readers, and by users of Twitter and You Tube was the natural and probable consequence of Defendants' actions and was actually and/or presumptively authorized by Defendants. In addition to its original publications, Defendants are liable for the republications of the false and defamatory statements by third-parties under the republication rule.

128.     The Defendants lacked reasonable grounds for a belief in the truth of their statements, and acted negligently in failing to determine the true facts. The Defendants published the statements as part of a campaign to extort Plaintiff and to destroy Plaintiff's and Erickson's reputation in order to prevent Plaintiff and Erickson from exposing Defendants' crimes. The Defendants' were grossly negligent in publishing the statements about Plaintiff. The Defendants failed to exercise reasonable care and abandoned their legal, moral and ethical duty to report the truth and minimize harm.

129.     The Defendants published the false and defamatory statements with actual malice:

a)  The Defendants knew their statements about Plaintiff were false. Prior to publication Defendants combed the internet for stories and information about Plaintiff. The Defendants knew Plaintiff is not a pedophile or psychotic. In spite of their actual knowledge, Defendants repeatedly accused Plaintiff of sex crimes and/or sexual deviancy. In truth, Defendants' fabricated the statements. The statements were products of the Defendants' imagination and desire to inflict harm upon Plaintiff and Erickson. Given Defendants knowledge that Plaintiff won first place awards with the North Dakota Newspaper Association, Defendants knew their statements were inherently improbable. The Plaintiffs harbored serious doubt as to the veracity of any claim that Plaintiff committed the heinous crimes leveled against him by the Defendants.

b)  After being notified that their statements were false and defamatory, Defendants republished the false and defamatory statements and imputations out of a desire to hurt Plaintiff and to permanently stigmatize him. Defendants and their agents acted with reckless disregard for the truth. *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the Defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts 580A cmt. d (Am. L. Inst. 1977). Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the articles implication. The pleaded facts are suggested enough to render it plausible that Lizza, at that point, engaged in "the purposeful avoidance of the truth."").

130.     As a direct result of Defendants' defamation, Plaintiff suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, mental anguish, injury to his reputation, injury to his body, injury to his health, costs and other out-of-pocket expenses, in the sum of $20,000,000 or such greater amount as is determined by the jury.

Plaintiff alleges the forgoing based upon personal knowledge, public statements of others, and records in his possession. Plaintiff believes that substantial additionally evidentiary support, which is in the exclusive possession of Defendants and their agents and other third parties, will exist for the allegations and claims set forth above after a reasonable opportunity for discovery.

Plaintiff reserves his right to amend this complaint in any part, including adding additional known and unknown persons or entities, upon discovery of additional instances of the Defendants' wrongdoing.

## CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court to enter Judgement against the Defendants, jointly and severally, as follows;

A. Compensatory damages in the amount of $10,000,000.00 or such greater amount is determined by the jury;

B. Threefold damages in the sum of $30,000,000.00;

C. Punitive damages [Reserved pursuant to Tennessee 2014 Tennessee Code - Title 29 - Remedies and Special Proceedings - Chapter 39 - Compensation for Economic and Noneconomic Damages - § 29-39-104 - Punitive damages.

D. Injunctive relief in accordance with Title 18 U.S.C. 1964 to prevent future acts of extortion;

E. Prejudgment interest at the maximum rate allowed by law;

F. Post judgment interest on the principal sum of the Judgement entered against Defendants from the date of the Judgement until paid;

G. Attorneys fees (should Plaintiff retain counsel), Expert Witness Fees and Costs;

H. Such other relief as is just and proper.

### TRIAL BY JURY IS DEMANDED

DATED: January 17, 2023

Timothy Charles Holmseth    By: _____

Timothy Charles Holmseth

808 Carmichael Rd.

Hudson, Wisconsin

54016

tholmseth@wiktel.com

57



RECEIVED

JAN 1 9 2023

U.S. District Court
Middle District of TN



Align top of FedEx Express® shipping label here.

ORIGIN ID:JDTA    (612) 701-9800
TIMOTHY CHARLES HOLMSETH
PMB 156
HUDSON, WI 54016
UNITED STATES US

SHIP DATE: 18JAN23
ACTWGT: 0.60 LB
CAD: 4896660/SSFI02341

BILL CREDIT CARD

TO  CLERK OF COURT
    FRED D. THOMPSON COURTHOUSE
    719 CHURCH ST

    NASHVILLE TN 37203
(000) 000-0000



**FedEx**
Express

E

RELP
3785346

THU — 19 JAN 10:30A
PRIORITY OVERNIGHT

TRK#
(0201) 3935 9099 6465

**XN RNCA**

37203
TN-US  BNA